**VERIFICATION**

I, CLEOPATRIA MARTINEZ, am the Plaintiff in the above captioned Verified Complaint. I have read the Verified Complaint and know the contents thereof. The facts and matters alleged in it are true and correct to the best of my knowledge. I make this declaration under penalty of perjury.

*Cleopatria Martinez*   9-1-15
CLEOPATRIA MARTINEZ   DATE

LAW OFFICES OF KEVIN KOELBEL, P.C.
7303 W. Boston Street
Chandler, AZ 85226
(480) 705-7550