Stephen Montoya  
Attorney at Law

Montoya, Jimenez & Pastor, P.A.  
3200 North Central Avenue, Suite 2550  
Phoenix, Arizona 85012-2490  
Tele: 602-256-6718; Fax: 602-256-6667  
stephen@montoyalawgroup.com

August 16, 2013

**SENT VIA EMAIL (JAMES.BOWERS@DOMAIL.MARICOPA.EDU),
FAX (480-731-8120), AND FIRST CLASS MAIL**

James Bowers, J.D.  
Interim Vice Chancellor for Human Resources  
Maricopa Community Colleges  
2411 West 14th Street  
Tempe, Arizona 85281-6942

    Re:   <u>Cleopatria Martinez; Request for Hearing</u>

Dear Mr. Bowers:

    Pursuant to Section 3.15.3 of the Maricopa Community College RFP Manual, Dr. Cleopatria Martinez hereby invokes her right to a hearing regarding her proposed dismissal from the Maricopa County Community College District.

    We ask that the proposed termination of Dr. Martinez be rejected because it is based upon a misunderstanding of the underlying facts and applicable law, in addition to improperly ignoring Dr. Martinez's twenty-eight years of exemplary service to the District.

    I will be serving as Dr. Martinez's legal counsel in connection with the proposed dismissal.

    Thank you very much.

Sincerely,

Stephen Montoya

Blank                                                                                   Page 1 of 1

## April Roll

| | |
|---|---|
| **From:** | April Roll |
| **Sent:** | Friday, August 16, 2013 1:55 PM |
| **To:** | 'james.bowers@domail.maricopa.edu' |
| **Cc:** | Steve Montoya |
| **Subject:** | Cleopatria Martinez |
| **Attachments:** | martinez—letter bowers 01.pdf |

Mr. Bowers:

Please see attached letter of today regarding Ms. Martinez. The original will follow by first class mail.

Thank you.

April Roll
Legal Assistant to Stephen Montoya
**Montoya, Jimenez & Pastor, P.A.**
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
Tele: 602-256-6718 Fax: 602-256-6667

This electronic mail transmission contains information from Montoya, Jimenez & Pastor, P.A. that may be confidential and/or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be advised that any disclosure, copying, distribution or use of this email, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a federal crime.

8/16/2013

P. 1

* * * Transmiss  Result Report(MemoryTX) ( Aug.   2013  1:38PM ) * * *

Date/Time: Aug. 16. 2013  1:37PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4360 | Memory TX APRIL ROLL | 4807318120 | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection

Stephen Montoya
Attorney at Law

Montoya, Jimenez & Pastor, P.A.
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012-2490
Tel: 602-256-6718 Fax: 602-256-6667
stephen@montoyalawgroup.com

## FAX TRANSMISSION

PERSONAL & CONFIDENTIAL

| To: | James Bowers, J.D. Interim Vice Chancellor for Human Resources |
|---|---|
| Fax No: | (480) 731-8120 |
| From: | Stephen Montoya |
| Date: | August 16, 2013 |
| Number of pages: | 2 (including cover page) |

This communication is privileged and confidential under federal and state law and is intended to be reviewed only by the recipient specified above. If you receive this communication in error, please immediately notify us at (602) 256-6718 and return it to the above address by first class mail. Thank you for your cooperation.