2-21-2015

February 21, 2015

Governing Board President Tracy Livingston
Governing Board Secretary Johanna Haver
Governing Board Member Alfredo Gutierrez
Governing Board Member Danna F. Saar

Governing Board Member Doyle Burk
Governing Board Member John Heep
Governing Board Member Jean McGrath

Office of the Governing Board
Maricopa Community Colleges
2411 West 14th Street
Tempe, Arizona 85281-6941

**RE: Employee Grievances**

Dear President Livingston and Honorable Governing Board Members,

The purpose of this letter is to request MCCCD follow the grievance policy process and to inquire as to why the grievance that I filed on May 3, 2010, pursuant to Section 6.1 of the Residential Faculty Policies (RFP), against Mathematics Chair, Joe Sueyoshi, which I hand-delivered was not given to the Governing Board. There is no dispute about this issue because a member on the governing board told me the Board never received my grievance. In addition, I was told by a secretary since thirty (30) days had passed without response from the Governing Board, the decision of the Chancellor is final and I could not appeal further as it was untimely. I believe that someone in their official and/or individual capacity intentionally prevented my grievance from getting to the Governing Board for a final decision.

On August 13, 2014, I filed another timely formal grievance pursuant to Section 6.1 of the RFP. I was told that I could not meet with my immediate supervisor to see if the grievance could be resolved. In addition, I was told by Human Resources that I could not file a grievance until I return to work after being suspended for fifteen (15) months without pay. I was told that I would be allowed to return to work in August 2015. The grievance that I filed on August 13, 2014, has not been processed. Therefore, what has occurred regarding the two grievances that I filed, including how they were handled is in violation of the RFP.

The purpose of the RFP is to provide a clear, orderly, efficient, and expedient process through which all employees of the college district may process bona fide complaints or grievances. Employees using the grievance procedures outlined in Section 6.1 of the RFP shall be entitled to do so without fear of retaliation, interference, coercion or discrimination.

I am requesting within ten (10) days of receipt of this letter a written response why my grievances were not processed pursuant to Section 6.1 of the RFP.

Sincerely,

*Cleopatria Martinez*

Cleopatria Martinez, PhD

cc: NAACP President Don Harris, Esq.

7030 N. 21st St., Phoenix, Arizona  85020
Email:  4cleopatria@gmail.com
Cell:     480-888-6375