A Professional Limited Liability Company

# Ridenour, Hienton & Lewis

Taylor R. Bell
Robert R. Beltz
Michael W. Brewer
Tiffany F. Broberg
Robert E. Brown
Ernest Calderón
Jeannette B. Cross
Michael D. Curry
David G. Derickson
Robert J. Hackett
April M. Hamilton
James R. Hienton
Vishnu R. Jonnalagadda
John P. Kaites
Lawrence S. Koplow*
Meaghan K. Kramer

Tamalyn E. Lewis
Michael S. Love
Matthew H. Mason
Damien R. Meyer
Brian D. Myers
Kurt A. Peterson
Patricia A. Premeau
William G. Ridenour
Robert P. Rutila
David R. Smith*+
Jesse M. Squier*
Beth L. Tippett
Scott S. Wakefield
Blake E. Whiteman
Jerry D. Worsham II

Chase Tower ■ 201 North Central Avenue ■ Suite 3300
Phoenix, Arizona 85004-1052 ■ (602) 254-9900 ■ fax (602) 254-8670

*Of Counsel

+ Licensed in New York Only

VIA HAND DELIVERY

December 9, 2013

Our File No.: 25052-0002

Dr. Rufus Glasper
Chancellor, The Maricopa Community Colleges
2411 W. 14th Street
Tempe, AZ 85281

     Re:    *Maricopa County Community College District v. Dr. Cleopatria Martinez*

Dear Dr. Glasper:

     As legal counsel to the Hearing Committee, we write to provide the Governing Board and Chancellor of the Maricopa County Community College District the Hearing Committee's results and Recommendation in the Dr. Cleopatria Martinez personnel matter. Enclosed please find the Hearing Committee's Findings of Fact, Conclusions of Law, and Recommendation. The Hearing Committee has recommended that the Governing Board deny Phoenix College President Anna Solley's request to terminate Dr. Martinez from her MCCCD employment.

     The Hearing Committee, after reviewing the record and conducting a hearing (and after careful deliberation) determined that Phoenix College did not carry its burden of proof relating to the issues of copyright violations and the cash handling policy violations. The Hearing Committee has found that there is evidence of Dr. Martinez' insubordination. However, the Hearing Committee does not believe termination of employment is appropriate.

     We recommend that Chancellor Glasper place the Hearing Committee's Findings of Fact, Conclusions of Law and Recommendation, the entire record, exhibits and hearing transcript in a secure room for the Governing Board's and his review. We strongly recommend that the Governing Board make itself intimately familiar with all that the Hearing Committee considered in making its Recommendation.



December 9, 2013
Page 2

    In our opinion (as legal counsel to the Committee), the Hearing Committee determined that the District's failure to carry its burden of proving the alleged copyright policy and alleged cash handling policy violations overshadowed the findings of insubordination. Therefore, the Committee deemed that the punishment of termination was disproportionate to Dr. Martinez' misconduct. We stand ready to discuss the Hearing Committee's Findings, Conclusions & Recommendation with the MCCCD Governing Board if it so chooses.

Very truly yours,

*[signature]*

Ernest Calderón

Enclosure:    Findings of Fact, Conclusions of Law and Recommendation
               Full Record
               Hearing Transcript
               All Exhibits

Cc:    Dr. Keith Krudup, Hearing Committee Chairman
       Dr. Nora Reyes, Hearing Committee Member
       Dr. Carlos Caire, Hearing Committee Member
       President Anna Solley, c/o Pavneet Uppal, Esq.
       Dr. Cleopatria Martinez, c/o Stephen Montoya, Esq.