

Christina M. Haines
Acting President

VIA HAND DELIVERY

August 25, 2015

Dr. Cleopatria Martinez
Mathematics Faculty Member
Phoenix College

Dear Dr. Martinez,

On December 9, 2010, after receiving the recommendations of an Administrative Review team, the College president issued a memorandum directing you to use only course materials approved by the department, that are available in the bookstore for sale to the students and that are authored by persons other than yourself. A copy of that memorandum is attached, and its terms are incorporated in this memorandum. The attached directive has never been cancelled by a Phoenix College president, and it remains in force and effect until cancelled in writing. This memo is intended to prevent any misunderstanding on your part that I intend to enforce the directive.

Also, I am informed that a corrective action was issued to you, for selling copies of materials to your students in violation of the MCCCD cash handling rules, and that you remain in violation of a related directive to reimburse the students the money you collected. I will be working with the appropriate officials to address that concern. You may avoid disciplinary action by immediately reimbursing the students directly, or by authorizing the district to do so by deducting money from your paycheck and transferring the amounts due to the students. In the event reimbursement is not completed (or authorization is not forthcoming) immediately, I will take such action as necessary.

Regards,

Ms. Chris Haines
Interim President

Attachments: 2

cc:     Dr. Casandra Kakar
        Mr. Paul DeRose
        Mr. Wilbert Nelson
        Mr. Joe Sueyoshi
        Mr. Lee Combs
        Ms. LaCoya Shelton-Johnson

MAIN CAMPUS
1202 West Thomas Road
Phoenix, AZ 85013
(602) 285-7761

PC DOWNTOWN CAMPUS
640 North 1st Avenue
Phoenix, AZ 85003

GO FAR, CLOSE TO HOME
phoenixcollege.edu

A Maricopa Community College



VIA HANDDELIVERY

DR. ANNA SOLLEY
OFFICE OF THE PRESIDENT

December 9, 2010

Dr. Cleopatria Martinez
Mathematics Faculty Member
Phoenix College

Dear Dr. Martinez,

During the spring semester of 2010, I initiated an administrative evaluation based on Mr. Joe Sueyoshi's complaint, pursuant to section 3.7 of the Residential Faculty Policies Manual. By agreement, the Evaluation Team did not undertake its task until this fall semester.

I have reviewed the report of the Evaluation Team that was sent to me on November 17, 2010. The Evaluation Team which was advised by expert counsel, found that your work violated copyright. In addition, the Evaluation Team found that you were insubordinate and failed to follow District Legal Counsel's and my instructions and continued to request and persist in printing or copying unauthorized materials. The Evaluation Team agreed "that the administration should take appropriate disciplinary action following district policies in regards to this matter."

I have also considered our experiences under the current temporary arrangement in which Mr. Sueyoshi reviews materials you submit and may approve copying if they appear to be free of copyright and attribution problems. Given the Evaluation Team's findings and my lack of confidence in your willingness to follow the law as well as Maricopa policies and procedures due to your repeated copyright violations, I no longer consider the arrangement to be sufficient to protect the institution's legal and financial interests.

Pursuant to section 3.7.4 of the RFP, I now direct you to use only course materials approved by the department, that are available in the bookstore for sale to the students and that are authored by persons other than yourself. With department chair and Vice President for Academic Affairs approval, you may customize these materials for your students using traditional course packs or new online programs such as McGraw-Hill's "Create" (http://create.mcgraw-hill.com/createonline/index.html#) or McMillan's "Dynamic Books" (http://dynamicbooks.vitalbook.com/). All materials you use must be clearly attributed to authors other than yourself, and you must produce evidence of purchase or the author's permission to use them (e.g., a copy of the letter giving you a courtesy copy of the instructor's edition). If you wish to make copies of or from these materials, you must first produce written permission from the author and/or publisher to Mr. Sueyoshi. In addition, requests for the copying of these materials or your syllabi and quizzes/tests must be submitted in a timely manner (minimum of two work days notice) to Mr. Sueyoshi for approval.

MAIN CAMPUS
1202 West Thomas Road
Phoenix, AZ 85013
(602) 285-7433

PC DOWNTOWN CAMPUS
640 North 1st Avenue
Phoenix, AZ 85003
(602) 223-4000

GO FAR, CLOSE TO HOME
phoenixcollege.edu

A Maricopa Community College

Dr. Cleopatria Martinez
December 9, 2010
Page 2

This direction is intended to communicate job duties to you within the meaning of Governing Board employment standard A4.3. In accordance with that section of the All Employee Policy Manual, willful and intentional violation of these instructions will be considered grounds for disciplinary action, up to and including termination of your employment.

Sincerely,

Anna Solley, Ed.D.
President

cc: Mr. Lee Combs
Ms. Casandra Kakar
Mr. Joe Sueyoshi