UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Cleopatria Martinez

County of Residence: Maricopa
County Where Claim For Relief Arose: Maricopa

**Defendant(s):** Maricopa County Community College District ; Rufus and Debra Glasper

County of Residence: Maricopa

**Plaintiff's Atty(s):**

Kevin Koelbel
7303 W. Boston Street
Chandler, Arizona  85226
4807057550

**Defendant's Atty(s):**

II. Basis of Jurisdiction:    1. U.S. Government Plaintiff

III. Citizenship of Principal Parties
(Diversity Cases Only)
          Plaintiff:- 1 Citizen of This State
         Defendant:- 1 Citizen of This State

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    440 Other Civil Rights

VI. Cause of Action:    42 U.S.C. section 1983; Denial of due process and liberty interest

VII. Requested in Complaint
        Class Action: No
        Dollar Demand:
        Jury Demand: Yes

VIII. This case **IS RELATED** to Case Number **2:15-cv-01759** assigned to Judge **Neil V. Wake.**

**Signature:  Kevin Koelbel**

**Date:** <u>09/03/2015</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014