Tod F. Schleier, SBN 004612
SCHLEIER LAW OFFICES, P.C.
3101 North Central Avenue, Suite 1090
Phoenix, AZ 85012
(602) 277-0157
(602) 230-9250 Fax
tod@schleierlaw.com

Kevin Koelbel, SBN 016599
LAW OFFICES OF KEVIN KOELBEL, P.C.
7303 W. Boston Street
Chandler, AZ 85226
(480) 705-7550
(480) 705-7503 Fax
kevin@koelbellaw.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez,<br><br>                Plaintiff,<br>v.<br><br>Maricopa County Community College District, a political subdivision of the state, and Rufus Glasper and Debra Glasper, husband and wife,<br><br>                Defendants. | **Case No. 2:15-CV-01759-NVW**<br><br>**NOTICE OF FILING VERIFIED AMENDED COMPLAINT** |

      Pursuant to Fed. R. Civ. P. 15 and LRCiv. 15.1 Plaintiffs gives notice of filing an amended complaint.

      Dated this 4th day of November 2015,

                                    SCHLEIER LAW OFFICES, P.C.

                              By: s/Tod F. Schleier
                                    Tod F. Schleier

                                  LAW OFFICES OF KEVIN KOELBEL, P.C.

                              By: s/Kevin Koelbel
                                  Kevin Koelbel
                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Pavneet Singh Uppal
Shayna H. Blach
FISHER & PHILLIPS LLP
201 E Washington Street, Suite 1450
Phoenix AZ 85004-3401

s/ Joni Moore