1  Edmundo P. Robaina (No. 018125)
   Thomas T. Griffin (No. 022475)
2  ROBAINA & KRESIN PLLC
   5343 North 16th Street, Suite 200
3  Phoenix, Arizona 85016
   Telephone: (602) 682-6450
4  Facsimile:  (602) 682-6455
   epr@robainalaw.com
5  ttg@robainalaw.com

6  Attorneys for Plaintiff

7  Pavneet Singh Uppal, SBN 016805
   Shayna H. Balch, SBN 024852
8  FISHER & PHILLIPS LLP
   201 East Washington Street, Suite 1450
9  Phoenix, Arizona 85004-2330
   Telephone: (602) 281-3400
10 Facsimile: (602) 281-3401
   puppal@laborlawyers.com
11 sbalch@laborlawyers.com

12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County Community College District, a political subdivision of the State, and Rufus Glasper and Debra Glasper, husband and wife,<br><br>        Defendants. | No. CV 15-01759 NVW<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Court's January 15, 2016 Order, the parties have engaged in good faith settlement talks. However, no settlement was reached. The parties anticipate further discussions after some additional discovery is taken and may seek the assistance of a Magistrate Judge for a settlement conference in the future.

Dated this 6th day of June 2016.

///

ROBAINA & KRESIN PLLC

By /s/ Edmundo Robaina
  Edmundo Robaina
  Thomas Griffin
  Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By /s/ Shayna Balch (w/permission)
  Pavneet Uppal
  Shayna Balch
  Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June 2016, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Pavneet Singh Uppal
Shayna H. Balch
FISHER & PHILLIPS LLP
201 East Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
puppal@laborlawyers.com
sbalch@laborlawyers.com

Attorneys for Defendants

By /s/ Gaynell Carpenter