Pavneet Singh Uppal, SBN 016805
Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3200 N. Central Ave., Suite 805
Phoenix, Arizona 85012-2425
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
sbalch@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez,<br><br>        Plaintiff,<br><br>        v.<br><br>Maricopa County Community College District; et al.,<br><br>        Defendants. | No. CV 15-01759-NVW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**[FED. R. CIV. P. 56]**<br><br>(Oral Argument Requested) |

Defendants Maricopa County Community College District ("MCCCD") and Rufus and Debra Glasper (collectively "Glasper"), by and through counsel undersigned, hereby move for summary judgment in the above-captioned matter. This motion is supported by Defendants' Memorandum of Points and Authorities and Separate Statement of Facts filed concurrently herewith, all pleadings and papers on file, and such matters as may be introduced at the hearing on this motion.

RESPECTFULLY SUBMITTED this 3rd day of March 2017.

FISHER & PHILLIPS LLP

By  s/ Shayna H. Balch
      Pavneet Singh Uppal
      Shayna H. Balch
      3200 N. Central Avenue, Suite 805
      Phoenix, Arizona 85012-2425
      Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2425
(602) 281-3400

FPDOCS 32682734.1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on the 3rd day of March 2017 I electronically transmitted the

3   attached document to the Clerk's Office using the CM/ECF System for filing and

4   transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

5   Edmundo P. Robaina
6   Thomas T. Griffin
    Ashley A. Marton
7   ROBAINA & KRESIN PLLC
    5343 North 16th Street, Suite 200
8   Phoenix, Arizona 85016
9   Attorneys for Plaintiff

10     s/  Michelle C. Colwell

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona  85012-2425
(602) 281-3400

2

FPDOCS 32682734.1