# EXHIBIT 44

March 25, 2014

President Dana Saar, Members of the Board, Dr. Glasper, Members of the CEC and guests, my name is:

Dr. Cleopatria Martinez

Mathematics Instructor at Phoenix College

Speaking as a member of the community

I have been employed as a mathematics professor by the Maricopa Community College District for 29 years.

I have always loved my job as a teacher.

During my three decades of hard work for the district, I have never been disciplined and have otherwise never been in any trouble.

As you are aware, the president of Phoenix College recently attempted to terminate me, but a hearing committee unanimously rejected the recommended termination.

Although the Chancellor ultimately accepted the hearing committee's recommendation not to terminate me, the Chancellor is now attempting to suspend me for 14 1/2 months.

I want to keep my job and for that reason I have followed orders from the administration which have grossly violated my academic freedom and have affected my ability to perform my job. Although there are several examples, due to time constraints, I'm just going to give you two examples:
1) I was not allowed to use the variable "u" in math formulas. My request for copies of a list of math formulas was denied until I replaced the variable "u" with the variable "x".
2) For the past four years I was not allowed to use any lecture notes/lesson plans I wrote to guide my daily lectures. I had to memorize all lectures and hoped I did not forget anything.

Writing course materials for students is one of the duties of MCCCD faculty, and because these materials are faculty generated, PC is obligated to absorb the cost to make copies for students. In spring 2013 I selected my colleague's unpublished material in lieu of a published textbook—the material had been approved by the Mathematics Department for this purpose and it had been used for several semesters. The PC administration refused to make copies of this unpublished material, and I was told to have the students make their own copies at their own expense.

The first day of class, I told the students they were responsible for making themselves a copy of the material at their home, in the PC Library, at Kinkos, Staples, or anywhere else they could do so. Because it was so important that students get these copies ASAP, I said I would help them by having them copied and bound at Staples on my own time for any student who would reimburse me for the cost of the copies. The entire class opted to do this and they reimbursed me $11.00. The Phoenix College administration accused me of allegedly violating the MCCCD cash handling policy. They said I was to pay for the student copies out of my own pocket.

The administration proceeded to dismiss me. I appealed the dismissal, presented my case to an appeals committee. This Faculty Hearing Committee found that PC had failed to carry its burden of proof. They found no violation of the cash handling policy but Chancellor still has suspended me for 14 ½ months because I would not pay for the students' course materials. No faculty member is responsible for purchasing instructional materials for students and I believe I should not have to either.

It is for this one time effort on my part to help students that I am being suspended without pay for an unacceptably long length of time and I have not broken any policies.

Like most working people, I cannot economically survive a 14 month suspension of pay. The Chancellors suspension will also cause me to lose my health insurance, because I may not be able to afford to pay my contribution towards continued health care coverage. Under the circumstances, the Chancellors 14 month suspension of me, is the functional equivalent of termination from the district.

As you are aware, under the RFP, only this board has the authority to terminate an employee.

While I was never found guilty of violating MCCCD regulations or policy, I am unfairly being punished. I am not guilty of violating any MCCCD policy or regulation including cash handling. I was not afforded due process

Accordingly, I asked the board to intervene in my case to rescind the Chancellor's ~~termination~~ *suspension* and at the very minimum allow me to present proof of what I have stated here.

Thank you,

*Cleopatria Martinez*
Cleopatria Martinez, PhD