# EXHIBIT 45

 MARICOPA
COMMUNITY
COLLEGES

# Maricopa County Community College District
## Governing Board Minutes
## March 25, 2014

An executive session and a regular meeting of the Maricopa County Community College District Governing Board were scheduled to be held beginning at 5:30 p.m. at the District Support Services Center, 2411 West 14th Street, Tempe, Arizona, pursuant to A.R.S. Section 38-431.02, notice having been duly given.

**GOVERNING BOARD**
- Dana Saar, President
- Randolph Lumm, Secretary
- Doyle Burke, Member
- Alfredo Gutierrez, Member
- Debra Pearson, Member

**ADMINISTRATION**
Rufus Glasper
Maria Harper-Marinick
Debra Thompson
LaCoya Shelton-Johnson
Steve Helfgot
Lee Combs
Linda Lujan
Ernie Lara
Steven Gonzales
Irene Kovala
Patrick Burkhart for Shouan Pan
Paul Dale
Yira Brimage for Anna Solley
Chris Bustamante
Jan Gehler
Rey Rivera for Shari Olson
Gene Giovannini

**OPENING AND EXECUTIVE SESSION MOTION**

The regular board meeting was called to order at 5:30 p.m.

__Motion 10146__
Board Member Burke made a motion to go into Executive Session. Board Member Lumm seconded. Motion approved 5-0.

**CALL TO ORDER**

The regular board meeting was re-called to order at 6:33 p.m.

**SUBSTITUTIONS**

There were three substitutions for members of the CEC. After welcoming the substitutes, President Saar asked Chancellor Rufus Glasper to introduce newly hired Vice Chancellor for Human Resources, Ms. LaCoya Shelton-Johnson. Dr. Glasper said that Ms. Shelton-Johnson had a passion for the field of human resources and was a self-proclaimed lifelong learner with a personal commitment to the successful delivery of educational opportunities and public services to the citizens of Arizona. A three-decade resident of the great state of Arizona, Ms. Shelton-Johnson most recently served as the Chief HR Officer with the Arizona Department of Administration where she provided leadership for the delivery of a full range of HR/OD services to approximately 70 state agencies, boards, and commissions employing approximately 11,000 employees. Prior to that role, Ms. Shelton-Johnson served as Director of Human Resources and Development with the Arizona Health Care Cost Containment System (AHCCCS), which is the State's Medicaid agency responsible for providing access to comprehensive health care to well over one-million Arizonans in need. He welcomed her to the MCCCD and wished her well.

President Saar then announced that the Executive Vice Chancellor and Provost's Report and College Report from Scottsdale Community College would be moved up in the agenda to be included as part of the Emeritus, Awards, and Recognition in order to accommodate student presenter schedules.

**PLEDGE OF ALLEGIANCE**

The assembly pledged allegiance to the United States of America led by Mr. Randolph Lumm.

**CLASS ACKNOWLEDGEMENTS**

There were no classes present.

EXHIBIT NO. 11
Martinez
8/16/16

**STUDENT LIFE REPORTS**

Ms. Anaya Williams, Vice Chair for the Student Activities Management Council at GateWay Community College, provided the following: "Good evening and thank you President Burke, Governing Board members, Chancellor Glasper, CEC and distinguished guests. My name is Anaya Williams, I am the Vice Chair for the Student Activities Management Council. Presenting on Leadership Development is Anaise Maddox. Hi, my name is Anaise Maddox and I am the president of Black Student Union. At GateWay Community College, we offer many Leadership Opportunities. In the fall, 18 students attended the MCCD three-day Student Life and Leadership retreat at Pine Summit Camp in Prescott. We left there with an awareness on how to be an inclusive leader, how to market our events, and techniques on how to assess our leadership traits. In November, 32 student leaders attended the American Student Government Association Conference in Los Angeles California. At this Student Government Training Conference we learned recruiting and retention techniques from passionate presenters. The real power of the conference came from making connections with other student leaders from across the Country. While in Los Angeles, we took this opportunity to visit the Museum of Tolerance. The museum challenged us to understand the history on the Holocaust and examine the many forms of prejudice and discrimination in our world today. This year, MCCCD LeaderShape Institute will be held from May 18 to 23, at Chandler/Gilbert Williams Campus and ASU Polytechnic. What is the LeaderShape? LeaderShape is a six-day leadership experience offered to students across the United States! Seven students from GateWay will participate in team-building and individual character-building activities that will focus on leading with integrity. Next is a presentation about GateWay campus events and activities. Hi, my name is Anastasia Henry and I am the Events Manager of the SAM Council. GateWay Community College offers several events and activities where students can volunteer and get involved in program planning and club events. SAM council hosts several activities on campus including Pizza with the College President, student forums, and the GWCC Holiday Buffet which open to our students and their families. Tomorrow March 26 we will host our spring event. Spring means clear skies, sunny days and GateWay Community College's annual GeckoLand Carnival. Every year, GateWay students and staff gather on campus for food, fun, entertainment and good company. The carnival is free and open to the public and we want you to join in on the fun. SAM Council also hosted a presentation called Face to Face in a Frenzy, a one man show by mask maker Zarco Guerrero. We also helped planned the Navigating your FATE Initiative. FATE stands for Financial, Awareness, Teaching, and Education. The Financial Awareness Carnival was a week-long event. The activities included a week of financial based seminars; along with free FAFSA and tax preparation services. Next is a presentation about GateWay Clubs and Organizations. [Anaya Williams concluded with the following.] There are a broad range of student clubs that explore a variety of activities and interests that promote social, cultural, and academic awareness. College is about exploration, finding your passions and having fun. In September, GateWay held a Club Expo where students got a chance to gather information about the clubs on campus and decide which ones were right for them. This year GateWay Community College clubs have been involved in many different activities: Student Nurses Association collected 2,282 lbs. canned goods for St. Mary's Food Bank; Out of Ink Writing Club sent holiday greeting cards to our soldiers overseas; Geckos in Action hosted a Spooktacular Bingo fundraiser; Club INSITE and the Radiology Club adopted a family for the holidays; World explorers and several other clubs participated in GWCC's International Coffee and Tea Event; and The Black Student Union hosted a luncheon to celebrate Black history month. Thank you. Thank you for your time and for giving us the opportunity to share with you the many activities going on at GateWay Community College. We hope to see you at our GeckoLand Carnival tomorrow." President Saar thanked the students for the presentation. He reminded the Board that the LeaderShape event was a very impressive event and encouraged them to attend.

**EMERITUS, AWARDS, AND RECOGNITION**

Dr. Irene Kovala, President of Glendale Community College, thanked the Board and reported that the Glendale Community College Guitar Ensemble, under the direction of Mr. Chuck Hulihan, were the winners of the 2014 Guitar Foundation of America Ensemble Showcase Competition (College/University: Large Ensemble) and winners of 2014 MCCCD Artist of Promise Competition (Instrumental Chamber Ensemble). The Ensemble included: Mr. Alex Resnick, Mr. Andrew Devonport, Mr. Ricardo Araiza, Mr. Andrew Leary, Mr. Danny Mehmedi, Mr. Hans Nieschulz, Mr. Armand Sanchez, and Mr. Joshua Mayo. They performed the *Second Movement of a Concerto* by Antonio Vivaldi for the Board. The Ensemble will perform at the Orpheum theater for The Artist of Promise Event on Wednesday, April 9, and at California State University Fullerton on Saturday, June 21, during the 2014 Guitar Foundation of America Convention. President Saar commended the students' success and

thanked them for a front-row seat to their awesome performance. He said it was always great for the Board to be able to see what MCCCD's students are doing. He encouraged everyone to take advantage of all the talent in the system and attend events.

Ms. Debbie Thompson, Vice Chancellor for Business Services, asked Dr. Patrick Burkhardt, Provost of Red Mountain and the Downtown Center of Mesa Community College, to come forward with Chief Mikel Longman, District Public Safety Chief, to help present a Lifesaving Commendation to Police Officer Jack McClaren. Ms. Thompson updated the Board on the Chief's progress toward moving the system from 10 Public Safety Offices to a single, One Maricopa-based unit. She noted Chief Longman has been able to establish professional standards district-wide, create close working relationships with local police departments, add new certified public safety officer positions, create a new records management system, and develop the new emergency operations center for the entire District. He will be looking to attain accreditation for the department in the future. Chief Longman came to the podium then to announce the award. He informed the Board, on Wednesday, February 26, 2014, Police Officer Jack McClaren was on duty attending the groundbreaking ceremony for the new Enrollment and Student Success Center at Mesa Community College, when after the event he noticed that Ms. Lora Lassiter, Coordinator of Public Relations and Special Events, was apparently choking. Officer McClaren was sitting at a table with her and recognized that Ms. Lassiter was in extreme distress. He assessed the situation and determined that the appropriate course of action was to perform the Heimlich maneuver several times. This action dislodged a piece of meat that was blocking her airway and immediately allowed her to resume breathing. Ms. Lassiter is adamant that Officer McClaren saved her life. He consistently demonstrates the highest level of professional competence. Due to his decisive and skilled response to a life threatening emergency, Officer Jack McClaren was awarded the Department's Lifesaving Commendation on Tuesday, March 25, 2014.

Dr. Maria Harper-Marinick, Executive Vice Chancellor and Provost, said the Board knows the importance of having excellent teachers in the classroom and the critical role MCCCD plays in placing those great teachers. She then introduced Dr. Tawn Hauptli, Education Faculty from Mesa Community College, to speak about Teacher Preparation. Dr. Hauptli first presented Dr. Harper-Marinick with a gift of an award from some PC teacher education students for all the support she has provided to the program. Dr. Hauptli then thanked the Board, Maricopa Foundation, Helios, and multiple student clubs for their One Maricopa-based efforts to create their rigorous programs around the District. She noted that EMCC has a fabulous pre-K-12 literacy program that provides extremely important services to the community including teaching literacy at a local violence-prevention shelter. They offer a summer camp where students are assigned to co-teach small groups (7-10) of kids on reading fluency, reading comprehension, and create a Reader's Theater Project with 1st and 3rd graders. She said PVCC has a great partnership with the PVUSD's Structured Autism Program and promotes its Biannual Tales Event. MCC is currently in its second year of a $1.9 million grant from the U.S. Department of Education to increase the pool of teachers of language learners at local Title I schools. About 22 students from MCC provided 150 service hours every semester for a total of 3,500 service hours. It included conference participation and professional development workshops and provided a unique literacy outreach program targeting high schools. She then introduced student, Ms. Cortni Yorba-Moore, to share her story. Ms. Yorba-Moore said she wandered on to MCC's campus without any idea of what her strengths were and will be graduating highly qualified in two areas when she completes her coursework. She said the professors at MCC teach students what they're made of. The Service Learning opportunities will allow her to have 600 hours by the time she leaves MCC. She feels she is ready to go into the classroom now! She has learned just how much attention will be needed from her as a teacher in the classroom through her service learning experiences. She has been able to present at their national Teacher conference (NATEC) and they received national feedback on their programs. She was thrilled to see the passion her teachers had for them, their students, and she could not be more thankful for MCCCD. Mr. Lumm thanked her for her enthusiasm and her presentation. He said he was very impressed with the fact that students are able to be in the classroom in year one and two. Usually, new teachers get very little classroom experience while in school. Mrs. Pearson remarked it was so exciting to hear from her. It was a reminder of the good that is happening in MCCCD. She, and students like her, are why the Board members are there. She said she hoped Ms. Yorba-Moore always remembered her roots in MCCCD and thanked her for presenting that night.

Dr. Jan Gehler, President of Scottsdale Community College, spoke next. She said she, like other College Presidents, looked at the Developmental Education data and was not pleased with the results. She turned to the faculty to address the vexing problem. SCC implemented pilots of new Developmental Education strategies and the results were so encouraging she wanted to share with the Board. She then introduced Ms. Sara Cameron, SCC Reading Faculty, who updated the Board on SCC's progress. SCC focused on Reading and English innovations in 071/081/091. They restructured the classes so that students would be able to retake portions until competencies achieved within a single semester. The courses take students who may be at a 3-5 grade reading level (071) or 6-10 grade (081/091) and bring them up to college-level much more quickly than traditional developmental education course formats. The successful course completion rates in Intensive Reading were as follows (fall 2012 compared to 2013 pilots): 64%/64% (071), 57%/81% (081), and 68%/77% (091). The subsequent successful course completion rates for Intensive Reading were: 16%/64% (071 to 081) and 35%/53% (081 to 091). The Intensive reading scale up began with only 30% of classes in the new format in Fall, 2012; 66.7% in Fall, 2013; and 100% in Fall, 2014. REG091 and CRE101 will be undergoing more innovations next, as part of the Maricopa Millions grant. The successful completion rate of English 071/081 since Fall, 2009 has increased from 50% (2009) to 75% (2013). Innovative course data show an improvement in successful completion based on the different formats: 73.6%/100% (8-week), 84.2%/100% (CPD), 72.7%/79% (ALP), and 88%/100% (Quick Start). Overall course data for ENG091 successful completion rates have increased from 53.1% (2011) to 62.5% (2013). The successful subsequent course completion of ENG101 has increased from 68% (2010) to 85% (2012). The English scale up is moving slower than Reading. In 2011, 20% of classes were in the modified formats, gradually increasing to 60% for Fall, 2014. More innovations will be coming, including the use of Open Education Resources, scaling-up Service Learning in ALP, integrating Reading instruction, and creating hybrid and flipped components. Ms. Cameron took a moment to thank the group of individuals involved in the process, stating she could not have done the work alone. [Ms. Cameron's PowerPoint presentation is included in the Appendix.] Mr. Lumm asked if efforts would be able to be duplicated across the District. Ms. Cameron said yes, although different programs would work differently at different colleges. Mr. Lumm asked what the students testing into the different classes were lacking. Ms. Cameron replied that students testing into 071 may have difficulty decoding words or pronouncing them while 081 students may have lower vocabulary and comprehension skills. Students in 091 might have higher comprehension but not necessarily an academic vocabulary. Mr. Saar remarked that Development Education is one of the four Board Outcomes. He asked what SCC was seeing as far as needs in this area and asked for the numbers of students who test in to developmental education courses. Ms. Cameron replied that approximately 68% of new freshmen test into one or more developmental education course. Mr. Saar remarked that college becomes a real challenge to these students and MCCCD sees an incredible drop-out rate for that group. He's glad to see MCCCD coming up with solutions lie this and looking to increase the number of students who successfully complete. Mr. Lumm asked if this kind of work could also be duplicated in the high schools. Ms. Cameron remarked that high schools have a host of issues they are tackling and that she sees it that MCCCD provides this service to the students.

**CITIZEN'S INTERIM**

There were seven requests to address the Board, although one individual removed her request in order to give a colleague additional time to speak. Some individuals (noted with an asterisk) provided copies of their statements to the Board and those are included in the Appendix.

1. Ms. Rosie Lopez*, Arizona Hispanic Community Forum
2. Ms. Sandra Ortega*, Citizen
3. Mr. Stephen Montoya, Citizen
4. Dr. Cleopatria Martinez*, Citizen and Employee
5. Mr. Lucas Bodine*, Associated Students of Mesa Community College
6. Dr. Charles Townsel, Citizen

Ms. Rosie Lopez asked to address the Board concerning the 2013 IT Security Incident, Item V.B.3 Approval of Extension of Contract with Wilson Elsner Moskowitz Edelman and Dicker, LLP, and the proposed tuition increase. Her remarks in total are included in the Appendix.

Ms. Sandra Ortega addressed the Board concerning the 2013 IT Security Incident. Her remarks in total are included in the Appendix.

Mr. Stephen Montoya addressed the Board concerning the MCCCD's employment practices. Mr. Montoya said

he had been advocating for the rights of educators for two decades in the community. He feels there has been a severe dilution of the Board's exclusive authority to terminate an employee. He feels that MCCCD administration is using an extended suspension as a de facto termination and the practice needs to be stopped. He urged the Board to consider matters before the Board if the General Counsel or Administration changes terminations to suspensions to subvert or undermine the Board's authority to manage employees. Mrs. Pearson asked if he was an attorney and if so, what his specialization was. He replied he was an attorney, although he was addressing the Board as a citizen, and his area of expertise was federal civil rights litigation.

Dr. Cleopatria Martinez addressed the Board concerning the Chancellor's recommendation to suspend her contract for 14.5 months. Her remarks in total are included in the Appendix.

Mr. Lucas Bodine addressed the Board concerning the proposed tuition increase. His remarks in total are included in the Appendix.

Dr. Charles Townsel addressed the Board regarding his concern that MCCCD Administration, and the Board, do not include any African Americans. He said if MCCCD is going to talk about people being involved and engaged there needs to be representation from African Americans. It is incumbent on Board members to see the disparity and do something about it. Mr. Lumm and Mr. Burke met with Mr. Townsel after he contacted the Board with his concerns. He remembers having the same conversation 15 years prior with then Chancellor Elsner. He said he'd like to come to the District and not have to ask where the African Americans are. He said the community needs to work together with MCCCD so they are not anti-anybody. He concluded by reminding the Board that everyone is in this together and there are not guarantees that any one person or group will be around from moment to moment.

APPROVAL OF THE ORDER OF THE AGENDA

President Saar then requested a motion to approve the Order of the Agenda.

MOTION

**Motion 10147**
Board Member Burke made a motion to approve the Order of the Agenda. Board Member Lumm seconded. Motion approved 5-0.

APPROVAL OF CONSENT AGENDA

President Saar pulled items **IV.B.5 Correction to Previous Board Agenda Items** and **IV.C.6 Approval of Chandler-Gilbert Community College—Law Enforcement Training Academy (CGCC-LETA) and Mesa Police Department Intergovernmental Agreement** from the Consent Agenda upon request from the submitters. He then asked if anyone wanted to remove any additional items from the consent agenda. No additional items were removed.

The following items were included in the Consent Agenda:

**A1. APPROVAL OF THE MINUTES OF THE FEBRUARY 25, 2014 REGULAR BOARD MEETING AND MARCH 4, 2014 AGENDA REVIEW AND WORK SESSION**

**B1. CONSIDERATION OF EMPLOYMENTS**—approve the personnel actions as proposed. Budget approvals have been granted and are on file for the recommended personnel actions in this item.

**B2. CONSIDERATION OF SPECIALLY FUNDED EMPLOYMENTS**—approve the personnel actions as proposed. Budget approvals have been granted and are on file for the recommended personnel actions in this item.

**B3. CONSIDERATION OF SHORT TERM EMPLOYMENTS**—approve the personnel actions as proposed. Budget approvals have been granted and are on file for the recommended personnel actions in this item.

**B4. CONSIDERATION OF SEPARATIONS**—approve the personnel actions as proposed.

**C1. APPROVAL OF CURRICULUM**—recommend that the proposal be approved as submitted.

**C2. APPROVAL OF INTERGOVERNMENTAL AGREEMENT BETWEEN MESA COMMUNITY COLLEGE AND MESA UNIFIED SCHOOL DISTRICT**—approve an IGA between Mesa Unified School District, also

known as Mesa Public Schools (MPS), and Mesa Community College. This agreement is to place Noyce grant interns in summer science, technology, engineering and math (STEM) camps for youth. Up to $10,000 per year beginning summer 2014 through summer 2015 (based on the availability of funds) may be allocated to interns placed in MPS summer STEM camps.

**C3. APPROVAL OF TITLE I LEA GRANT 2014 TITLE I LEA**—adopt the annual Title I Grant allocation for GateWay Early College High School (GWECHS) in the amount of $188,294.74 ($123,608.00 + $64,686.74 (Rollover)).

**C4. APPROVAL OF INTERGOVERNMENTAL AGREEMENT BETWEEN GATEWAY COMMUNITY COLLEGE AND MARICOPA INTEGRATED HEALTH SYSTEM FOR EMR SYSTEM ACCESS IN GATEWAY'S HUG STUDENT LEARNING HEALTH CLINIC**—accept an Intergovernmental Agreement between GateWay Community College and Maricopa Integrated Health System for the use of EPIC, an Electronic Medical Records System that will serve as both a teaching and learning tool and a functional support component of GateWay's HUG Student Learning Clinic.

**C5. APPROVAL OF CURRICULUM-ACADEMIC DEGREES AND POLICIES**—approve the updates to Maricopa's academic degrees, general education requirements and related policies for academic year 2014-2015.

**C7. APPROVAL OF NATIONAL SCIENCE FOUNDATION MATHEMATICS AND SCIENCE PARTNERSHIP (*PROMOTING EXCELLENCE IN ARIZONA MIDDLE SCHOOL MATHEMATICS: INCREASING STUDENT ACHIEVEMENT THROUGH SYSTEMIC INSTRUCTIONAL CHANGE*)**—accept a Mathematics and Science Partnership Grant continuing award in the amount of $1,948,399 for 1 year of a 5-year project (totaling $8,748,267) from the National Science Foundation. The NSF Promoting Excellence in Arizona Middle School Mathematics: Increasing Student Achievement through Systemic Instructional Change (DUE 1103080) project commenced on March 15, 2012 and will conclude on February 28, 2017.

MOTION

**Motion 10148**
President Saar asked for approval of the Consent Agenda, as amended. Board Member Lumm moved for approval of the Consent Agenda, as amended. Board Member Pearson seconded. Motion was approved 5-0.

**V.A.1 APPROVAL OF PURCHASE ORDER FOR JOB ORDER CONSTRUCTION TO REMODEL BUSINESS EDUCATION (BE) AND LANGUAGE ARTS (LA) RESTROOMS AT SOUTH MOUNTAIN COMMUNITY COLLEGE**—approve a Purchase Order in the amount of Three Hundred Forty Nine Thousand Twenty Two Dollars and 60/100 ($349,022.60) to Jokake Construction Services to renovate an upgrade the restrooms in the Business Education and Language Arts buildings at South Mountain Community College.

MOTION

**Motion 10149**
Governing Board Member Burke moved for approval of Action Item V.A.1. Board Member Gutierrez seconded. Motion was approved 5-0.

**V.B.1 AUTHORIZATION FOR REQUIRED CHANGES TO THE STUDENT INFORMATION SYSTEM AND HOSTING**—authorize the expenditure to Oracle Corporation of up to $18,574,671 to upgrade Maricopa's Student Information System (SIS), make required changes to support Maricopa's Single Student Experience and up to $7,046,039 to Oracle Corporation to transition the SIS software, database, operation and support to Oracle Managed Cloud Services. The approval of this Agenda Item will authorize the purchase of these services during fiscal years 2013-2014 through 2016-2017.

MOTION

**Motion 10150**
Governing Board Member Burke moved for approval of Action Item V.B.1. Board Member Gutierrez seconded. Motion was approved 5-0.

**V.B.2 APPROVAL FOR ERP GLOBAL DESIGN AND PLANNING PROJECT** —provide approval for up to $641,956 to engage the Oracle Corporation to assist MCCCD with planning and design of the common components in its four planned Enterprise Resource Planning (ERP) projects; College Financial System (CFS) Replacement, Human Resource Management System (HRMS) 9.2 Upgrade, Budget Development

System (BDS) Replacement, and future integration with the Student Information System (SIS).

MOTION

Motion 10151
Governing Board Member Burke moved for approval of Action Item V.B.2. Board Member Gutierrez seconded. Motion was approved 5-0.

**V.B.3 APPROVAL OF EXTENSION OF CONTRACT WITH WILSON ELSNER MOSKOWITZ EDELMAN AND DICKER, LLP**—extend the contract with Wilson Elsner Moskowitz Edelman and Dicker, LLP through December 31, 2014.

From the floor, Board Member Burke, asked to amend the item to read instead:

**V.B.3 APPROVAL OF EXTENSION OF CONTRACT WITH WILSON ELSNER MOSKOWITZ EDELMAN AND DICKER, LLP**—authorize the Chancellor to extend the contract for legal services with Wilson Elsner Moskowitz Edelman & Dicker, LLP through December 31, 2014, subject to the requirement that the Chancellor retain a firm with Phoenix-based staff to serve during that period as co-counsel, including but not limited to services in connection to any public records matters and litigation related to data security. All services are to be provided within the $2.7 million budgeted expenditures for attorney services previously approved. Both firms are to be provided services as directed by the Chancellor in consultation with General Counsel.

**Transcription of Board Members' discussion of the amendment, followed by a summary of the language of the motion and vote.**

DP *Are we not having any discussion?*
DS *We can ... on the amendment?*
DP *Please.*
DS *Yes, go ahead.*
DP *Uh ... who's the General Counsel when we say 'in consultant with the General Counsel'—who are we referring to?*
RG *Our General Counsel is Dr. Lee, I mean, Mr. Lee Combs.*
DP *Mr. Chairman?*
DS *Yes, ma'am?*
DP *Um, Members of the Board, Dr. Glasper, I do not have a good feeling about this. The... I understand the, um, threats to this District and the way that we have been, um, groomed to feel obligated to have this service, but I want to express a complete and total lack of confidence. I do not feel that this is the direction to go. I feel this $7 million that we have allocated for non-legal services, this $2.7 million to legal fees—I just can't continue doing this. I can't. This, um, organization, I have serious concerns and lack of confidence that I wish to express. I, um, when I'm told or I hear comments about... and I have to be really careful because I understand a lot of this is in Executive Session. I'm disgusted. I'm thoroughly disgusted. And, I'm frustrated because I can't say why I'm thoroughly disgusted! This, um, I just don't feel like that this is going in the direction that it should be going in and I don't think that this is money well spent and I feel that the legal advice that we've been receiving and the games that have been played and the comments that are being made to us as a Board are inappropriate and, while I understand the threats of, um, lawsuits and to the public security of information, and all of these things... We've been, for months, and I remember Mr. Lumm asking the question about the amount of money we just keep approving and I say tonight we have to stop. We have to start sitting back and saying 'yes, we need the Chancellor to take responsibility' we don't need an organization that says the Chancellor is doing exactly as we're instructing him to do. We needed the Chancellor to, yes, get a public, an organization within the state to look at these matters in this situation, to do what needs to be done, as this amendment states. But having it tied, and tying that to the Wilson Elser and this whole entire... No! I want to amend this amendment. To recommend that we authorize the Chancellor to extend the contract, or not to extend the contract, but to proceed to connect with a firm, Phoenix-based firm, on these matters of protecting our*

*public records and the litigation in the data security. I'm tired of being talked down to. I'm tired of being treated the way we've been treated and I will not authorize, vote to authorize, this contract to be continued.*

DB *Um, Mr. Chairman?*

DS *A motion has been made, do I hear a second?*

RL *Second.*

DS *Motion has been seconded. Uh, discussion on the amendment?*

DB *Mr. Chairman? Uh, the amendment to the motion authorizes the retaining of a Phoenix-based firm. Uh, and, they will be addressing an issue that is facing the Board. Uh, and the motion does not require additional funds—uh, this is simply a continuation of what we've already approved and we are involving a local firm to help us in the matters, uh, legal matters, facing us.*

DP *Mr. Chair, it's to extend the contract for legal services with Wilson Elser whatever and whatever and whatever. The bottom line is, yes, I agree that we need to do part of this, but to tie it to the extension of the contract for legal services not only irritates me, it's beyond that!*

DB *Uh, Mr. Chairman? The, uh, what we're doing is simply extending the time and the budget already approved. It is not an increase in budget it's simply extending the time that they will be working on the legal matters.*

DP *Mr. Chairman, we're here to vote tonight whether or not we wanted to extend that contract, then it was amended to add this other counsel that's Phoenix-based because it was already known that there was a desire to not extend the contract to this Wilson Elser whatever, and to go that direction. Now we're tying it to the extension of the contract for legal services with this organization—and my expression is, a TOTAL LACK OF CONFIDENCE IN THIS ORGANIZATION TO CONTINUE. I DO NOT WANT TO EXTEND THIS CONTRACT FOR LEGAL SERVICES.*

DS *Thank you. Any further comments on the amendment to the amendment? [Pause.] Hearing none, we'll call it for a vote. We're voting on, um, Ms. Pearson's amendment to the original amendment.*

AG *Mr. Chairman, can you tell us precisely what that amendment to the amendment is?*

DS *Can you help me out? Tina?*

RL *Tina has it, he's asking Tina to read it...*

DP *The amendment to the amendment would be to remove 'to extend the contract for legal services with Wilson' and company and that it would then pick up with to require, the requirement that the Chancellor retain 'a firm with Phoenix-based staff to serve during' that period and remove co-counsel 'including but not limited to services in connection to any public records matters and litigation related to data security. All services are to be provided within the $2.7 million budgeted expenditures for attorney services previously approved.' Removing Wilson and Elser party and removing then the term, word 'both.' To then state 'The Phoenix-based firm to be provided services as directed by the Chancellor in consultation with...' and again concerns expressing General Counsel...*

DB *A point of clarification. Is this amendment a motion to discontinue the contract with Wilson Elsner and so on?*

DP *Yes.*

DS *Before we...*

LC *Mr. President? May I comment?*

DS *Uh, let me make sure that we have something in the amendment... Do you have that, Tina? OK, thank you. Yes?*

LC *Uh, just want to comment that, uh, Wilson Elser has projects underway that are not completed that need to be completed that really only Wilson Elser can complete, as a practical matter, without duplicating the costs already invested in their services. So, whether we ultimately transition to another law firm or not, uh, we would need to be able to continue to pay Wilson Elser for those necessary services. This, uh, resolution authorizes us to accomplish that and we will... I understand what the Board's saying, but it would be extremely inadvisable and wasteful, uh, to simply terminate the Wilson Elser contract at this point.*

DS *Thank you.*

DP    *Mr. Chairman?*

DS    *Yes, ma'am?*

DP    *I...I... That is just... ridiculous! And again, the idea that a Phoenix-based organization is not capable of doing these things or continuing these things... And we already know how much has already been approximately spent and, to me, um, this whole entire process of basically doing this to us as a Board, this gobbling us in to, and having things in process, is just not acceptable. Bottom line is, we need to get a Phoenix-based organization or firm to pick this up and to do what needs to be done and I have total confidence that we have someone right here in Phoenix that can handle it that will not be condescending and talking down to us and doing the things that are going on that I feel are inappropriate, out of order—and I don't know how many times I've called 'point of order'—with this whole entire situation and I'm tired of it. I want to move forward with doing what needs to be done for this District without bankrupting it, and I would appreciate your support.*

DB    *Call for the question.*

AG    *Mr. Chairman? Before the question is called?*

DP    *It's already called.*

DS    *Well ... we'll have to call on the question?*

DP    *Rescind your point?*

DB    *He can talk.*

DS    *OK.*

AG    *Mr. Chairman, I am the most recent Board Member and I arrived here after the breech and after decisions were made by this Board, including the decisions that we are now asking or being asked to rescind. I, perhaps, have not served long enough to share your frustration, but I have served long enough to realize that the Board is facing, the District is facing, potentially multi-million dollar liability. Potentially, the numbers could go into... into figures that would greatly damage the capacity of this District to provide and maintain its academic mission. Potentially figures so great that the 2% allowed on property tax, for example, would be insufficient and we would in fact be beginning to close colleges or at least cut way beyond the fat in the system, to use a trite phrase, and go to the bone.  Now, I have not evaluated this firm. I have read about them on the Internet, uh, and as I said before, I don't share your experience, but I do know this—that to sit here and simply cut a contract without knowing its consequences it would seem to me as irresponsible. If it is the desire of the majority of this Board to re-evaluate a decision that this Board, with the exception of myself, made, then let's do that. Let's evaluate it and make a decision on whether or not to proceed. But I don't know the consequences of this decision. I literally do know the consequences of this decision and I think it's an irresponsible decision. Now, it may well be that Mrs. Pearson is absolutely correct, that these people are condescending and talk down to us, etc. I haven't experienced that, but again, I haven't been on this Board throughout the decision-making process that the rest of you did. And, so, if at this point you regret your decisions, if at this point you regret your decisions, then let us, let us do so consider ending this process in a transition that we know the consequences; we know what's going to happen; we know what projects, uh, our attorney is talking about that are in place. Now some of these, we know. Some of these we know and as Mrs. Pearson said, we're not able to share because they occurred in Executive Session. But presumably there are others. And so if we're going to make a decision to potentially increase the liability...*

DP    *No! No!*

AG    *...against this District, then I think we ought to do so responsibly. I find this action before us irresponsible. I think we ought to vote it down, one, uh, we ought to vote the original motion forward, two, and three, if it is the desire of the majority of this Board to re-evaluate this contract, Mr. President, that we then take that action up. If it is allowable... I don't believe it is, but if it is allowable under the current agenda, that amendment can be made and the process begun. If not, at our next planning meeting that item could be added and the procedure launched. But I think it is irresponsible to proceed in this fashion. I don't know the consequences; I don't know that any of you know the consequences of this action.*

DP    *Mr. Chairman?*

DS *Yeah?*

DP *I feel that to make those kinds of statements is to say that all law firms within the Phoenix area are incompetent of handling the situation and I find that just totally unacceptable. And if we don't feel that we can find or have confidence that there is a competent firm in the Phoenix area to be able to handle these matters, um, I would like to table this until we can see if we can find a competent firm in the Phoenix area that can handle the matters that are before us.*

AG *Mr. President?*

DS *Um, we have a motion?*

DB *Yes, call for the question.*

RL *Mr. President?*

DS *Well, before that. Are you making a motion that we table this amendment to the amendment?*

DP *Mr. President I'm suggesting we table this whole entire subject, this whole entire V.B.3 until a later time when we can do so, uh, with an educated Board and an understanding of the competence of the people within firms within the Phoenix area.*

DB *There's no discussion on that?*

DS *All those in favor...*

AG *Mr. President?*

DS *There's no discussion on a tabled amendment.*

AG *Point of Order. A discussion, an amendment to the third degree, under Roberts Rules of Order, which I believe we proceed under...*

DS *I agree.*

AG *...is inadmissible. This would be a motion in the third degree. Now if you want to accomplish what Mrs. Pearson is talking about there is a parliamentary way of doing that.*

DP *I rescinded mine.*

AG *A motion in the third degree is not the way to do that.*

DP *I rescinded. I said I would rescind...*

DS *OK, she's rescinded. So, we are going to vote on the amendment to the amendment as stated earlier. All those in favor say aye.*

RL *What am I voting for?*

DS *We're voting for, um...*

LC *Mrs. Pearson's proposal, uh, to terminate the Wilson Elser contract; that's essentially it.*

DS *Yes, with the...*

RL *To table it or to terminate?*

DS & AG *To terminate.*

DS *...and to replace it with somebody local. And that's a summary of what's...*

RL *Can I comment?*

DS *No, it's been called for the question. So all in favor...*

RL *We have to vote on the question?*

DS *Uh?*

DP *No, you don't have to call but vote on the question.*

RL *Yeah you do, you called for the question so you have to vote on it. That's why I don't recommend people calling for the question.*

DS *Yeah, I know.*

RL *You have to stop and debate to vote to stop debate.*

DS *I will let you comment on the amendment to the amendment.*

RL *Thank you. Um, my concern is, I don't want a law firm telling us how to run IT, telling us to run HR...*

DP *Uh huh...*

RL *...I think they are overstepping their bounds. How we can stop that, any way we can do that, that's what I want to do. I think it is inappropriate for, uh, out-of-state lawyers to come in here and say 'oh you need to structure your IT department this way' and telling them how their marching orders and giving them IT [advice]...*

DP *Yes.*

RL *...only, we asked them for security advice only, and I think when they start redirecting and reshaping our IT, I think that's out of order, and that's my concern.*

LC *Mr. Lumm I think that you're getting into attorney-client privileged communications...*
RL *Well ...*
DP *Well, we'll all give you $500...*
LC *...and Executive Session discussions.*
RL *...And writing letters and telling us who to fire and how to fire them, I think that's inappropriate and that's why I'm against this company.*
DS *OK. Uh, we have an amendment to the motion. All those in favor of the amendment to the amended motion say aye? [Lumm/Pearson=aye] Opposed say nay. [Guitierrez/Burke=nay] I vote nay, the amendment is defeated. We're back to the original amendment to the original motion.*
DP *Mr. Chairman, then I make a motion that we table this whole entire, uh, V.B.3 until we can educate...*
LC *The proponent has to accept that motion under Roberts Rules.*
DS *Yes.*
DP *I understand that.*
LC *If the proponent does not accept the motion to table then you must vote on the motion.*
DP *I understand that.*
DB *I do not accept. I want to vote on the motion.*
DS *OK. Any further discussion on the amendment to replace the original motion? [Pause.] Hearing none, all those in favor of the written amendment in front of us say aye. [Gutierrez/Burke=aye] Opposed say nay. [Lumm/Pearson=nay] I vote aye. The amendment to the motion passes.*

**End of transcribed section.**

Mrs. Pearson asked the amendment be amended to remove the contract extension date and remove Wilson Elsner entirely, maintaining a Phoenix-based firm to represent MCCCD.

**V.B.3 APPROVAL OF EXTENSION OF CONTRACT WITH WILSON ELSNER MOSKOWITZ EDELMAN AND DICKER, LLP**—authorize the Chancellor to retain a firm with Phoenix-based staff to serve as counsel, including but not limited to services in connection to any public records matters and litigation related to data security. All services are to be provided within the $2.7 million budgeted expenditures for attorney services previously approved. The firm is to be provided services as directed by the Chancellor in consultation with General Counsel.

MOTION

**Motion 10152**
Governing Board Member Pearson moved for approval of Action Item V.B.3, as amended a second time. Board Member Burke seconded. Motion did not pass, 2-3 (Burke, Gutierrez, Saar).

Mrs. Pearson then asked the item be tabled for further discussion. Mr. Burke declined so the original amendment was put before the Board.

**V.B.3 APPROVAL OF EXTENSION OF CONTRACT WITH WILSON ELSNER MOSKOWITZ EDELMAN AND DICKER, LLP**—authorize the Chancellor to extend the contract for legal services with Wilson Elsner Moskowitz Edelman & Dicker, LLP through December 31, 2014, subject to the requirement that the Chancellor retain a firm with Phoenix-based staff to serve during that period as co-counsel, including but not limited to services in connection to any public records matters and litigation related to data security. All services are to be provided within the $2.7 million budgeted expenditures for attorney services previously approved. Both firms are to be provided services as directed by the Chancellor in consultation with General Counsel.

MOTION

**Motion 10153**
Governing Board Member Burke moved for approval of Action Item V.B.3, as amended. Board Member Lumm seconded. Motion was approved 3-2 (Lumm, Pearson).

INFORMATION ITEMS

**VI.A REVIEW OF PRELIMINARY PROPOSED FISCAL YEAR 2014-15 BUDGET**—review the proposed FY 2014-15 Budgets. The General Fund, Current Auxiliary Fund, Current Restricted Fund, and Plant Fund

total $1.7 billion. The final adoption of the proposed budget and related Truth in Taxation proposal is scheduled for May 27, 2014.

Dr. Glasper asked to make some remarks before the presentation of the budget to the Board. He provided the following: "Higher Education: Who Pays? Who Benefits? Who Should Pay? [From the] 1973 Carnegie Commission Policy Report: 1/3 State, 1/3 Local, 1/3 Tuition. Important questions: who benefits from, who pays for, and who should pay for higher education? Direct or indirect impact of a reduction in any of these sources—such a reduction would force us to examine the fundamental questions posed at the outset. It is not only a question of who will pay, but what are they paying for and what is the value proposition. (Northwestern Michigan College—Forward Thinking)

- We must create a culture that absorbs shocks (both internal and external)—6 years
- That can move/adapt with the change in operational environment
- Public good versus private good

Historically: State funding—how many full-time equivalent students enrolled at 45th day of the semester. This model provides incentives to enroll students, provide access, but does not necessarily incentivize institutions to help students successfully complete degree programs. Arizona/Maricopa reconsidering the enrollment based funding model and instead are aligning funding models with local and state goals and priorities.

Design Tips
- Put enough funding at stake to create an incentive for institutions to improve results (and decide if the funding will come from new money or base). (National Conference of State Legislatures – NCSL)
- Community College Metrics
  - Dual enrollment, certificates, AGEC, transfer, graduate (NCSL)
- Maintain focus on the goal of improving college completion while rewarding both progress and success. (NCSL)
- Higher outcomes with workforce needs. (NCSL)
- Preserve academic quality by incorporating student learning measurements into performance funding. (NCSL)
- 3/5 students testing into one or more developmental education courses.
- Researchers at Teachers College, Columbia found "Institution size is negatively correlated with successful student outcomes." "Students complete at higher rates in smaller community colleges."
- (Could be an argument for why it is so hard to move the needle on our total student population.)
- Teachers College also found that having more full-time faculty on staff leads to improved outcomes for students. Yet today, as a way of saving money, community colleges are much more likely to rely on adjuncts and other part-time instructors. Investing in more full-time community college faculty could result in improved outcomes for students. (60/40)
- A 2008 review of studies in nine states found that the cost of educating economically disadvantaged students ranged from just under 23 percent to 168 percent more than the cost of educating other students. And...
- Over the past decade, inflation-adjusted spending at public research universities has increased roughly $4,200 per student, compared with just a $1 per student for community colleges.
- Rates of instructional expenditures and student service expenditures have some positive impacts on graduation rates. Cuts in instructional expenditures and student services will lower college performance and thwart retention and completion.
- Seamless Student Experience
  - Mandatory orientation
- Student Success Initiative
- Maricopa Priorities

IT – Job 1: 6 Colleges—Aspen Recognition
Aspen Institute named 150 United States community colleges – recognized for excellence and chosen

from over 1,200. Recognition for exceptional student outcomes in four areas: student learning, certificates and degree completion, employment and earnings, high levels of access/success for minority and low-income students. Assessment—institutional performance, improvement, and equity on student retention and completion measures. Colleges recognized by Aspen Institute: EMCC 2012, 2013, 2014; GWCC 2014; PVCC 2013, 2014; PC 2014; SCC 2015, 2014; and SMCC 2014"

Ms. Gaye Murphy, Associate Vice Chancellor for Business Services, detailed the proposed budget which includes a tuition increase of $5/credit hour and a 2% increase in the tax levy. Dollars would be used to fund mandatory expenses and priority projects. The complete presentation by Ms. Murphy is included in the Appendix.

Mrs. Pearson remarked that Board members should be aware that property tax rates vary based on property valuations and that a blanket statement about the impact of the increased tax levy does not take that in to consideration.

Mr. Gutierrez then asked for clarification on what faculty inversion meant. Ms. Thompson replied that faculty inversion occurs when a system is set-up with a step structure and placement plan based on an employee's education level and years of experience. Over the recession, very few step increases were granted to existing employees (only two in the last six years). Faculty were not stepping up the pay scale as they gained experience as a result. This meant that a newly hired faculty with comparable years of experience/education would be placed higher on the salary schedule. The FY14-15 budget proposes to correct that oversight. Mr. Gutierrez asked if a policy decision could have been made to stop that from happening. Ms. Thompson replied that it took time to notice the disparity and efforts have been underway to adjust the placement policy to correct it. Mr. Gutierrez then asked what percentage the tuition increase revenue represented in the budget. Ms. Lulut Clow, Manager of Budget, replied that tuition revenue ($224 million) represented 31.8% of the budget.

Mrs. Pearson then reminded the Board that discussions at the 2013 National Legislative Summit with Arizona legislators revealed their feelings regarding PEL and how increasing tuition rates keep impacting PEL funding effectiveness. She said she understand the reasons for the need to increase revenue are not necessarily MCCCD's fault, that MCCCD wants to provide excellent services to students, but MCCCD needs to be responsible and reasonable. She said shame on those individuals who prey on systems like MCCCD. She said the blame needs to be focused where it belongs and to stop making enemies of each other. She also advocated blaming the state legislature for not funding MCCCD and threating to take away its budget reserves—reserves it just complimented MCCCD on having—because it was too much. She wanted to blame the press because their approach to the situation has had a negative contribution, as well. She remarked MCCCD's five-member Board represented a huge community yet, when compared to other community college districts in the nation, is smaller but with a much larger constituency to report to. She said the existing MCCCD Board was not set up to deal with the growth of the Maricopa system—and she felt the state legislature needed to be blamed for not paying attention. Legislators need to be educated on the community colleges' efforts.

Mr. Saar reiterated his previous comments that MCCCD needed to do something different and to determine what it would take to do that. He wants MCCCD to provide citizens a continuous return on investment. He is not inclined to continue to invest if the same results keep occurring. He hopes next month the Board sees evidence of innovative thinking.

Mr. Gutierrez said the community college system provided the only bridge to do away with the disparity growing in equality in society. MCCCD needs to acknowledge the reality of who is coming to community colleges and why. He said he has been astounded by the passion he's found in MCCCD. He said this is a bout social justice not credit hours. He noted that he was asked several times through the application process to be appointed to the Board if he would support tuition increases and he said he would only as a last resort. Although the amount being asked seems small, he has not been persuaded there is not room somewhere else in the budget for the $12 million to be found. If 68% of students coming in to the system are placing into developmental education classes—then that's why MCCCD exists as a system, to offer a bridge to those students. Universities have priced themselves out of the

middle class. He asked Administration to persuade him. He believes MCCCD has to spend more money on developmental education and he also feels a culture change is needed so that high school is not considered a finality, rather it's just part of the educational process. MCCCD has to get more creative where it gets and spends money. At that point, Mr. Saar excused the meeting for a 10-minute break. Mrs. Pearson left the meeting.

**MONITORING REPORTS**

**VII.A BUDGET ANALYSIS REPORT, FUND 1—GENERAL UNRESTRICTED FUND FOR THE EIGHT MONTHS ENDING FEBRUARY 28, 2013**—Expenditure analysis indicates 55.4% of the budget has been expended this year as compared to 56.8% expended at this same point last year. 20.1% of the budget remained unexpended or unencumbered compared to 23.0% in the prior year. Revenue analysis indicated that 70.1% of the budget has been recognized as compared to 71.6% in the prior year. The projected fund balance will increase by ~$3.6M this fiscal year and the projected ending fund balance for June 2014 is $163.6M.

**VII.B QUARTERLY MONITORING REPORT 2.0 CHANCELLOR LIMITATIONS**—review the quarterly report submitted for the following policy titles in order to assess whether the information presented for each title illustrates compliance with or achievement of the Interpretations: 2.0 General Chancellor Constraint; 2.2 Treatment of Students; 2.3 Interactions with the Public; 2.4 Financial Condition and Activities (specifically Audit and Finance as an internal control); 2.7 Staff Compensation and Benefits; 2.8 Communication and Counsel to the Board; and 2.9 Operational Succession Planning.

President Saar said the Board was amenable to spending additional time reviewing the report provided by the Chancellor and evaluating it, rather than take time during the meeting to discuss it. Dr. Glasper remarked he would follow Mr. Saar's lead and proposed a full discussion on the Monitoring Report at the next Work Session.

**BOARD MEMBER REPORTS**

Mr. Burke had no report.

Mr. Gutierrez had no report.

Mr. Lumm reported he was impressed with citizen members of the Audit and Finance Committee. He attended the re-opening of Glendale Community College's Performing Arts Center. He said it was a nice event and the facility is wonderful. GCC has one of the best art programs in the Valley.

Mr. Saar took a moment to acknowledge and congratulate the MCC Women's and PC Men's Basketball NCAA Division Champions!

**CHANCELLOR'S REPORT**

Chancellor Rufus Glasper remarked that he would like for MCCCD to consider new revenue models and disruptive innovation. He said he has continuously asked for developmental education to be addressed and his vision continues. He wants to offer developmental education courses for free with a disruptive model. He wants to find Open Education Resources and use them as an opportunity to meet the needs of developmental education. He noted the Maricopa Corporate College also has the potential to become a huge revenue generator—but it had to be supported.

**FACULTY REPORT**

Dr. Patricia Finkenstadt, President of the Faculty Association, took a moment to welcome Ms. LaCoya Shelton-Johnson to MCCCD on behalf of the FEC and to thank Mr. Jim Bowers for his work as Interim VC. She said the FEC looked forward to working with Ms. Shelton-Johnson in the future.

**EMPLOYEE GROUP REPORTS**

Ms. Lysia Hand, President of the Adjunct Faculty Association, had to leave the meeting prior to reporting.

Ms. Kris Bliss, President-Elect of the Management, Administration, and Technology Employee Group, provided the following: "President Saar, Members of the Board, Dr. Glasper, members of the CEC and guests, my name is Kris Bliss, MAT Employee group President-Elect. Thank you for the opportunity to speak on behalf of the MAT employee group. On behalf of MAT, I would like to welcome LaCoya Shelton- Johnson to Maricopa as the new Vice Chancellor of HR. We are excited to begin working with her on moving the Maricopa Enterprise forward. Welcome LaCoya! We would also like to take a

minute to thank Jim Bowers for his term as Interim Vice Chancellor of HR. He worked diligently to ensure District-wide HR initiatives were moved forward while in this position. Thank you Jim! The MAT Executive Council recently awarded its first leadership scholarship using funds contributed by MAT employees. Each year MEC will present the scholarship in the name of an individual or individuals agreed upon by MEC. This year the scholarship is being awarded in the names of Mr. Burke and Dr. Glasper for their leadership within the district and their work for all employees—specifically MAT employees. It is Mr. Burke's last term during which he has been a great supporter of following established policy as well as providing an example for the appropriate role of the Governing Board. Dr. Glasper has provided an excellent example of leadership while at the same time respecting the role of the Governing Board. In tandem, these two leaders have given us an insight into what shared governance can and, one could argue, should look like. The MAT scholarship recipient, Michael, is a student at Mesa Community College on track to graduate in December, 2015 with an AAS Degree in Computer Programming. He will be attending NAU through the 2NAU program—working on his BS in Technology Management. When not in school, Michael works in IT at a large organization and volunteers with an organization called Legacy Adventures, which gets fathers and sons to experience outdoor activities—such as camping—helping them get away from technology for a bit. We believe Michael is an excellent example of student leadership and are proud to be able to assist him in accomplishing his goals. The MAT Executive Council would like to remind the Governing Board and CEC about the importance in following established policy and procedure specifically related to disciplinary actions. If there are concerns regarding the current policies and procedures—they can be properly and appropriately changed to address concerns, but should not be deviated from or ignored. Thank you again for the time to speak on behalf of the MAT employee group."

**VICE CHANCELLOR REPORTS**

Dr. Steve Helfgot, CEO of the Maricopa Foundation, provided the following: "I hope that you will all be joining us for this year's Heroes of Education dinner, honoring Vince Roig the founding Chairman of the Helios Education Foundation. This year's event is scheduled for Thursday April 10, 2014 at the Sheraton Phoenix Downtown Hotel, 340 North 3rd Street, Phoenix. The event begins with a VIP reception at 5:00 PM (which will include the "College Heroes Recognition Ceremony") followed by dinner and program at 7:00. If you have not yet rsvp'd for the event please do so to Tina Emmons by Monday, March 31. She will forward your responses to the Foundation. I look forward to seeing you for what promises, once again, to be a great night."

**COLLEGE REPORTS**

There were no additional reports.

**AADGB REPORT**

Mr. Burke reported the group met recently and discussed bringing a Governance Institute on Student Success to Arizona in conjunction with ACCT. Right now they are polling members. If the event is held, it will cost the District $5,000 and will be held in the Phoenix area. The program is designed to help governing boards focus on student success. They will discuss it at the next AADGB meeting on May 1, 2014.

**ASBA REPORT**

Mr. Lumm encouraged attendance in ASBA-sponsored events. They also discussed MCCCD presenting during their July and December events on Dual Enrollment.

**ACCT REPORT**

President Saar reported he just returned from a Governance Leadership Institute in Salt Lake City, UT this past weekend. Discussions focused on disaster issues (physical disasters and disasters such as MCCCD's IT Security Incident). They also discussed the beast means for evaluating a president/chancellor. He said he had brought back a lot of information which he would share with the Board.

**LEGISLATIVE UPDATE**

Ms. Dawn Wallace, Director of State and Local Government Relations, remarked the Arizona Legislature is concentrating on budget 24/7. Last week the State Senate passed a $9.2 billion budget which includes $1.4 million for MCCCD in a STEM-line. Funding will be ongoing over three years. Rural community colleges received full funding on all formulas and Pima received $1.2 million in a STEM-line, as well. The fight is on in the House but she was happy to report that MCCCD was still included in the budget in committee. Although not included in the Executive Budget, the Governor will not stand in the way of additional legislative support. MCCCD had tremendous support from both sides. That same evening, some believed the House would go to the floor—it recessed several times and they were looking at 170 amendments. Several issues are still pending. There is some consensus building on charter schools and some other issues. If they are able to resolve those issues within the next couple of

days, they will want to finish the legislative session. So far, only seven Bills have been sent to the Governor (and she usually is presented with 200-300). There is a Bill moratorium until the budget is solved. If they are efficient, they will be out before the 100th day (4/26). There will be a CPS special session later this spring. The Task Force Report is not due until May. Ms. Wallace's office is tracking a bill that will allow higher education institutions to enter into reciprocity agreements with other states (i.e., online education). She took a moment to recognize Dr. Gene Giovannini, President of the Maricopa Corporate College, and Dr. Ernie Lara, President of Estrella Mountain Community College, for their awesome presentation to a State Senate Committee on the Maricopa Corporate College. Their discussion resonated through the room—which was not full of educators. MCCCD needs to do more storytelling. She concluded her remarks and asked for questions. Mr. Burke asked if ABE funding would be continued and she said yes, it remains untouched, with a match to federal funds.

**NEXT BOARD MEETINGS**

President Saar announced the following future meetings:

- April 8, 2014, 4:30 p.m., Agenda Review, Governing Board Room
- April 8, 2014, 6:00 p.m., Work Session, Governing Board Room
- April 22, 2014, 6:30 p.m., Regular Board Meeting, Governing Board Room

**ADJOURNMENT**

President Saar adjourned the regular board meeting at 10:06 p.m.

______________________________

Randolph Elias Lumm
Governing Board Secretary

# Appendix

## Presentations to the Board and Supplemental Information

- Developmental Education
- Citizen's Interim
- Proposed FY2014-2015 Budget

# Developmental Education at SCC

Sara Cameron
Developmental Education Committee Chair
Reading Faculty

Our Model
Rigorous, Student-Centered, Research-Based, Sustainable
Prescriptive Advising, Highly-Qualified Instructors, Data Collection and Analysis
Data Collection and Analysis, Incorporate Adjunct Faculty, Educate Students and Staff
Develop
Pilot
Enroll
Scale-Up
Mentor
Market

# Reading Innovations



071 students

081 or 091
students

091 students

2 semesters;
9 credits

1-2 semesters;
6 credits

1 semester;
1-3 credits



# Intensive Reading

*Successful Course Completion*

"I felt it [*retaking RDG081 in the same semester*] was the best thing for me to do. I knew that I had a lot of things that I needed to work on."

- Timothy Clayton, SCC student athlete and RDG081/091 participant

# Intensive Reading

***Subsequent Successful Course Completion***

90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
16%
64%
35%
53%
RDG 071 to RDG081
RDG081 to RDG091
Fall 2012
Fall 2013 Pilots

"I'm taking RDG091 this semester and I'm ranked in the top 5 of my class. I recommend it; I really and truly believe that this is the better route."

\- Timothy Clayton, SCC student athlete and RDG081/091 participant

# Intensive Reading Scale-Up



# What's Next in RDG?

## RDG091

- Accelerate
- Contextualize
- Support

CRE101
•Contextualize
•Technology

health sciences psychology historical culture business
maricopamillions communications

# English Innovations



071 students

081 or 091 students

091 students

1-3 semesters; 3-9 credits

1-2 semesters; 3-6 credits

1 semester; 1-3 credits

# English 071/081

*Successful Completion*

50%
55%
68.60%
66.70%
75%
Fall 2009
Fall 2010
Fall 2011
Fall 2012
Fall 2013

"...I was very excited [*for the opportunity to accelerate*] because I knew I would be able to reach my final goal sooner. I feel well prepared for the current coursework I am presented with this semester. I can confidently state that I feel more than capable in successfully completing the course. I would definitely recommend the format ...because it's a great way to move forward in your education while cutting three semesters worth into 1 semester."

-Juan Metelin, ENG071 student who accelerated in one semester out of Developmental Education and is currently enrolled in ENG101

# English 091

## *Innovative Course Data*

| | 8 week | CPD | ALP | Quick Start |
|---|---|---|---|---|
| Successful Completion | 73.6% | 84.2% | 72.7% | 88% |
| Completion | 100% | 100% | 79% | 100% |

100.00%
90.00%
80.00%
70.00%
60.00%
50.00%
40.00%
30.00%
20.00%
10.00%
0.00%

"The linked course not only helps with writing skills, but also helps you understand your goals better by challenging you to write essays about them. I believe that the best way to help young students who are caught up between the cross road of careers and goals is to help them write about it. ENG091 helped me enter ENG101 with a much better level of confidence and efficiency in English writing."

- Javad Mahmoudzadeh, ENG091 + CPD150 student

# ENG 091

## *Overall Course Data*

100.00%
90.00%
80.00%
70.00%
60.00%
50.00%
40.00%
30.00%
20.00%
10.00%
0.00%
53.10%
59.10%
62.50%
Fall 2011
Fall 2012
Fall 2013
Successful Completion

# ENG101

## *Successful Subsequent Course Completion*

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
68%
85%
Fall 2010 to 2011
Fall 2011 to 2012
Developmental Student Success in ENG101

English Scale-Up
70%
60%
50%
40%
30%
20%
10%
0%
Fall 2011
Fall 2012
Fall 2013
Fall 2014