# What's Next in ENG?



Scaling-up Service-Learning in ALP

$

Incorporating OER materials into Quick Start



Hybrid and Canvas technology integration; flipped components



Integrating reading instruction

# "YOU CARE. THEY SUCCEED."

These revolutionary scheduling formats were developed and supported by the following people:

- **Ramona Goth,** English Department Chair
- **Buffie Diglio,** English Department Administrative Secretary
- **Chris Hoeffler,** Curriculum Technologist in charge of scheduling
- **Kathryn Kinney-Foe,** English Dept. Administrative Secretary
- **Diane Erdenberger,** Admissions Administrative Assistant
- **Jennifer Vinca,** Coordinator of Student Services and SOAR
- **Holly Rouse,** Cashier's Office Bursar
- **Vicky Owen,** HR Representative
- **Stephanie Fuji,** Dean of Instruction
- **Gia Taylor,** Dean of Enrollment
- **Fran Vitale,** Director of Admissions, Registration, and Records

# Any questions?

- For specific information regarding course design, special considerations, and reduction in costs please refer to the packet provided.

# Developmental Reading Innovations @SCC

## RDG071 placement

### 1st semester

All students begin in accelerated RDG071 which meets 4xs a week for the first 8 weeks of the semester

081
071

*Students receive grades in RDG071 after the first 8 weeks based on comprehension assessments written at Lexile Levels appropriate for the course. For the second 8 weeks, non-passing students retake the course, while passing students advance to RDG081. All students remain in the same class with the same instructor.

4xs a week for the last 8 weeks of the semester

081/091

091

## 2nd semester

Students who successfully completed 071/081 enroll in 16 week 091 that meets 2x a week.

## 2nd semester

091

081

Students who successfully completed 071 enroll in accelerated, linked 081 that meets 4xs a week for the first 8 weeks

The second 8 weeks students complete 091 or 081 based on performance in the first 8 weeks

'blind' section

Scheduling creates a 'blind' section to place non-passing students after the first 8 weeks. Students have welcomed this opportunity to retake the course prior to the end of the semester. They remain with the original cohort and instructor.

After successfully completing RDG091, students graduate from developmental reading.

This unique format allows students to make adjustments halfway through a semester to achieve success without incurring 6 credits of non-passing credit at the end of 16 weeks

In Fall 2013 SCC made all RDG071 sections intensive, eight-week accelerated courses linked with RDG081.
Completion rates in RDG071 improved from 78.6% to 84.2% and
subsequent successful course completion rates improved from 16% to 63.9%, confirming that the intensive, accelerated model
was accelerating students successfully through the sequence.
Faculty used Pearson and Townsend assessments to measure students' Lexile Levels and reading comprehension, in addition to
formative classroom assessments, to assess students and verify college readiness.

Prepared by Sara Cameron, SCC Reading Faculty, sara.cameron@scottsdalecc.edu

# Developmental Reading Innovations @SCC

## RDG081 placement

**1st semester**

All students begin in accelerated, linked RDG081 which meets 4xs a week



**2nd semester**

4xs a week for the last 8 weeks of the semester

After successfully completing RDG091, students graduate from developmental reading.

**16 weeks**
2xs a week

Students who successfully completed only 081 enroll in 091

091

'blind' section

> The new format improved
> RDG081 completion
> from 74.5% to 85.2%.
> *Successful course completion
> improved from 56.9% to 73.2%.*

*Students receive grades in RDG081 after the first 8 weeks based on comprehension assessments written at Lexile Levels appropriate for the course. For the second 8 weeks, non-passing students retake the course, while passing students advance to RDG081. All students remain in the same class with the same instructor.

## RDG091 placement

RDG091 at SCC received the Maricopa Millions OER grant. All residential faculty are collaborating to design units that use five general education disciplines to teach background knowledge, vocabulary development and reading skills to students preparing to enroll or concurrently enrolled in 100-level general education courses. The units will be used by all faculty in RDG091, a 3 credit course which meets twice a week. When students graduate from the developmental reading coursework, they are supported by *counseling workshops* and our *reading Learning Associate* in their 100-level courses.

health sciences  psychology  historical culture  business  communications  maricopa

This unique scheduling format was developed and supported by the following people:
Ramona Goth, English Department Chair
Buffie Diglio, English Department Administrative Secretary
Chris Hoeffler, Curriculum Technologist in charge of scheduling
Kathryn Kinney-Foe, English Dept. Administrative Secretary
Diane Erdenberger, Admissions Administrative Assistant
Jennifer Vinca, Coordinator of Student Services and SOAR
Holly Rouse, Cashier's Office Bursar
Vicky Owen, HR Representative
Stephanie Fuji, Dean of Instruction
Gia Taylor, Dean of Enrollment
Fran Vitale, Director of Admissions, Registration, and Records

"YOU CARE. THEY SUCCEED."

# Developmental English Innovations @SCC

## ENG091/ENG101 ALP

Accelerated
Learning
Program



*ENG091 students must enroll in both ENG091 and *one* ENG101 course (either the linked section taking place immediately before or after ENG091). ENG101 is reserved for ten ENG091 students in each section. The remainder of the class is filled with non-developmental ENG101 students. This is achieved through extensive and elaborate communication between the English Department, Admission and Records, Scheduling, and Advising.

10 ENG101 students    10 ENG091 students

ENG101 course
9:00-10:15 M,W

20 ENG091 students

ENG091 course
10:30-11:45 M,W

10 ENG101 students    10 ENG091 students

ENG101 course
12:00-1:15 M,W

This unique format allows developmental (ENG) students to receive additional support to successfully complete ENG101. Students demonstrate proficiency in ENG101 by using exit exams and are held to the same standards as non-developmental students in ENG101.

The Community College of Baltimore County created ALP using a format that integrated developmental English students with non-developmental students to improve student success. While CCBC has been very successful using this approach, SCC developed a similar approach that is more financially sustainable. CCBC integrates a developmental cohort of approximately 10 students into an ENG101 class of approximately 20 students. While students individual instruction, SCC believes that with services in place (Writing Center Learning Associates, instructor office hours, etc.) instruction can still be individualized and supported in a class of 20 students. This saves money for the college, district, and community.

Prepared by Sara Cameron, SCC Reading Faculty, sara.cameron@scottsdalecc.edu

President Saar and Members of the Board:

**Re:   MCCCD SECURITY BREACH**

Here I am once <u>again</u> to talk to you about the MCCCD security breach and how badly the administration is handling this issue and how it is affecting everyone in our community: students, parents, taxpayers, faculty and staff.  The clock is ticking, and every day, this fiasco and lack of transparency is unnecessarily costing us all millions of taxpayer dollars.

How does this affect the MCCCD?

- Our MCCCD reputation is at stake.  It is affecting MCCCD's image in Maricopa County, Arizona and nationally.  In the past, MCCCD has always been noted as one of the best community colleges in the nation –and now, with the present administration's leadership--our MCCCD's image is tainted and has received some very bad publicity throughout the nation. This Board cannot allow this issue to fester; the Board has to take action now to stop this administration from costing taxpayers and students millions of dollars more by their refusal to admit that they themselves created this fiasco—not their IT staff who had warned them of a potential breach. The damage has been done to students, parents, taxpayers, and present and former IT staff members who are experts in IT programs.

- The administration has created a hostile environment for its employees and one of mistrust and angst amongst faculty and staff.  We have lost IT expert staff members because of the unfair and unjust treatment by this administration. It's a shame that these present and former <u>valuable</u>, IT staff members who warned their superiors and top administrators about possible breaches, were made scapegoats because of the administration's inability to act at that crucial time.  They ignored staff, and tried to cover up for their incompetent leadership. Some of the IT staff were consequently silenced by the administration by firing some, demoting others, reprimanding, intimidating, humiliating, harassing and treating them disrespectfully and unfairly—all this for being responsible employees and just doing their job! Unfortunately, some of our best and brightest IT experts, have now resigned because they had too much integrity and could not work in this hostile environment.

-Lack of capital and operational dollars could leave MCCCD very vulnerable to a severe depletion of resources for faculty, staff and students and escalate into much bigger financial problems.  Less money also means fewer investments in facilities and teaching and learning.  Millions of dollars going to lawyers could instead, be going to scholarships, school improvements etc.

-Scandals such as this one, could also jeopardize accreditation for the MCCCD.  Two of the items in the accreditation process caught my eye—and I quote:

-*Integrity through competence, responsibilities and ethical practices.*

-*Evidence of financial stability.*

acchttp://www.accreditedonlinecolleges.com/your-accreditation-answers/the-process-of-earning-accreditation/

http://www.accreditedonlinecolleges.com/your-accreditation-answers/the-process-of-earning-accreditation/

-Liabilities and lawsuits could lower bond ratings—-and lack of trust from taxpayers.  I must admit that for now, I personally do not trust this administration and do not support any bond or property tax increases because they are fiscally irresponsible.  Lawsuits will cost millions of dollars to defend and settle unless the Governing Board intervenes and stops Wilson Elser from creating more havoc.

-Distractions, such as this one, could cost millions in lack of productivity. The staff, the Governing Board, The legal department, the Chancellor and many others in the organization are all focused on lawsuits, hearings and failing IT systems rather than on core business.

-This administration seems intent on outsourcing;  it is driving local talent out and allowing institutional knowledge to leave MCCCD at unprecedented rates and will cost IT systems millions of dollars more. The perfect example is the $18 million dollars to outsource IT that you are being asked to approve today. That is just the beginning.  This is only after last year's approval of nearly $30 million in IT projects which have yet to be started. You are being asked to outsource because the Administration has driven everyone out who had expertise and could have helped.

- Local taxpayer dollars leave the community as a result of outsourcing and privatization. They go to out-of-state, corporate consultants who have no vested interest in our college system. You will be asked to pay millions to renew these contracts.  The solution to IT problems is not that simple. That is a solution people use when they don't know what they are doing.  Systems in the CLOUD aren't any more secure; on the contrary, it is putting all your information on the INTERNET.

**How does this affect the community and the press?**

- The MCCCD's public relations has been damaged with the community and the press. The taxpayers will not appreciate paying for this mess, and the press is clearly upset by your lack of transparency and refusal to provide them requested materials relevant to the IT issue . As a result, law firms are filing lawsuits and bringing matters in front of the courts because MCCCD is not cooperating—do they have something to hide? The Administration is breaking public record laws and eroding the public's trust. Are the administrators serving students and the community or are they serving themselves?

**How does this affect IT at MCCCD?**

 IT at Maricopa is very weak, having lost 50% of resources and nearly all institutional knowledge. You have enough information in your hands to know that people running IT today are on a lengthy, learning curve and need training—which takes additional time and money. People with little expertise or experience in large systems, are running IT on a part-time basis. The Board was asked last year to approve spending millions of dollars on IT, only to be asked this year again, to approve millions of dollars more, in hiring staff to run those projects. Today, you are being asked again to approve over $18 million dollars on IT spending using BOND dollars to build systems planned by individuals with limited knowledge, limited staff—and limited experience. The Board needs to ask, "Why?"

If the MCCCD Governing Board does not take action in the matter of IT, a much larger security breach could take place, systems supporting the organization could fail, and IT could fail, making it impossible to register students, disburse Financial Aid, get loans etc.

**How does this affect Home Owners?**

Taxpayers could see increases in the tax levy that was to be proposed to help with services for students, but now would be spent for mistakes made by the MCCCD Administration. In my opinion, those proposed tax dollars would be moved around so MCCCD can continue paying for the security fiasco. I personally will not vote for a property tax increase; I do not trust this administration, in my opinion, they are fiscally irresponsible.

**How does this affect employees?**

Jobs for employees will be at risk if District runs out of dollars and needs to tap into operational dollars to pay bills. Morale is at an all-time low.  The entire IT department is in worse shape now than it has ever been. We are at more risk today than we have ever been. People are retiring or resigning left and right. Is this how you run an effective organization?

**Conclusion:**

I ask you to take action on behalf of the community.  When the Board takes no action, the Administration assumes that you support their actions—and the Board loses credibility with the public.  Remember that the Administration has either forced several IT staff to resign or retire, and as a consequence, the MCCCD may be facing additional personnel lawsuits, bad publicity and irreparable harm to the MCCCD.

I ask you to take the following actions:

- Stop the one-sided employee hearings until the courts decide how to handle public records requests now being denied by MCCCD.
- Seek your own outside independent counsel.
- Start being transparent with the media and your own employees.
- Stop spending money on IT and stop wasting bond funds until you hire competent IT staff.
- Hold those at the top of this organization accountable and don't let them use taxpayer dollars to protect themselves.
- Stop the Administration from ruining the lives of employees and their families and protect and defend the employees—and not the Administration.
- Stand strong and speak for those who elected you and the community you represent. – Already this administration is attempting to raise student tuition to cover their IT expenses.


Respectfully Submitted,

*Rosie Lopez*
Rosie Lopez
Founder, Arizona Hispanic Community Forum

3/25/2014

President Saar, members of the board, and staff, my name is Sandra Ortega.  I am here today as a taxpayer and another member of the Hispanic community to ask this Board to take action in the matter of the MCCCD security breach.  It has been almost a year since the FBI notified MCCCD that their information was compromised and this Board has remained silent on this matter.

Millions of dollars have been unnecessarily wasted on lawyers and consultants to address this issue.  Nearly 50% of the IT department has resigned or has been forced to retire. The lives of families forever changed and the image of this District tarnished to save an Administration that could have avoided this entire incident and is taking no responsibility whatsoever.

You CANNOT sit there and wait for excuses that employee matters must first be resolved.
You CANNOT sit there and wait for lawyers to handle this matter.
You CANNOT sit there and DO NOTHING.

While you wait, millions are being wasted to protect this Administration.
While you wait, lawyers are destroying MCCCD credibility with the media.
While you wait, you are losing trust in the community.
While you wait, the image of MCCCD is being tarnished.
While you wait, our system is being bankrupt.
While you wait, lawsuits are being filed.
While you wait, students are being asked to pay more tuition.
While you wait, homeowners are being asked to pay more taxes.
While you wait, the lives of employees are being ruined.

While you wait, the Administration is forcing people to quit, resign or retire to absolve themselves of any guilt. Today, there are 2 individuals from IT in the termination list who settled with the District and resigned.  One of them is being terminated effective July 1st. Another individual has also been forced to resign.  Over the last several months many more have left the IT organization at an unprecedented rate.  Do you see a problem here?  Who will be held accountable when the truth finally comes out?

YOU ARE in charge.  You create policy and you can CHANGE it if it does not fit the organization!  You HIRED the Chancellor and Legal Counsel.  You can fire the Chancellor and Legal counsel if they are no longer serving the organization and the community you represent.

The Chancellor and Vice Chancellor of IT were told over 12 times in 2012 that there were problems in IT. They were told that there were security issues that had to be addressed. They were asked to take action and refused.  Responsibility for these events transferred to them when employees sent them several letters and filed the IT grievance.

1

Take the time to read what's available online that speaks of the atrocities the lawyers you've hired are committing to protect the Administration.

Employees are being asked to sign non-disclosure agreements. These agreements are meant to forever seal any evidence against the Administration and prevent the public from knowing the truth. Employees are being told they cannot use witnesses in their own defense that the District does not approve. Employees are being told what evidence they can and cannot use. Lawyers are blatantly lying. Employees are being setup for termination in a one-sided hearing and completely District-driven hearing. Employees can't even get copies of their own employee records. This is denying employees due process, and therefore violating policy!

Employees, the media and members of the community are being denied every single request made for public records!

**When an organization is not being transparent is because they have something to hide, pure and simple, and are using our money to protect themselves.**

All these documents they are trying to seal incriminate the Chancellor, the Vice-Chancellor of IT, and the Acting Vice-Chancellor of HR and other people. That is why millions are being spent in lawyers. That is why today you are being asked to extend the contract for these lawyers.

It is time for the Board to take action and stop the lawyers from Wilson Elser who are only in it for the money and bringing this organization to bankruptcy. **DO NOT RENEW THEIR CONTRACT TONIGHT AND START MAKING CHANGES IN THE ADMINISTRATION.** Rebuild the trust from the community. It is time for this BOARD to take action and hold the Chancellor, HR and Legal Department accountable for the way they have handled this situation.

**You have enough information in your hands to clearly see what's taking place. Take the time to read the many documents that have been sent to you!! Take the time to view all the news articles printed in the newspapers and online newsletters! The taxpayers are watching the TV reports and reading the articles. You will have to answer to them at election time!**

**Be Transparent! Take Action! Don't wait until it's too late!**

March 25, 2014

President Dana Saar, Members of the Board, Dr. Glasper, Members of the CEC and guests, my

name is:

Dr. Cleopatria Martinez

Mathematics Instructor at Phoenix College

Speaking as a member of the community

I have been employed as a mathematics professor by the Maricopa Community College District for 29 years.

I have always loved my job as a teacher.

During my three decades of hard work for the district, I have never been disciplined and have otherwise never been in any trouble.

As you are aware, the president of Phoenix College recently attempted to terminate me, but a hearing committee unanimously rejected the recommended termination.

Although the Chancellor ultimately accepted the hearing committee's recommendation <u>not</u> to terminate me, the Chancellor is now attempting to suspend me for 14 1/2 months.

I want to keep my job and for that reason I have followed orders from the administration which have grossly violated my academic freedom and have affected my ability to perform my job. Although there are several examples, due to time constraints, I'm just going to give you two examples:
1) I was not allowed to use the variable "u" in math formulas. My request for copies of a list of math formulas was denied until I replaced the variable "u" with the variable "x".
2) For the past four years I was not allowed to use any lecture notes/lesson plans I wrote to guide my daily lectures. I had to memorize all lectures and hoped I did not forget anything.

Writing course materials for students is one of the duties of MCCCD faculty, and because these materials are faculty generated, PC is obligated to absorb the cost to make copies for students. In spring 2013 I selected my colleague's unpublished material in lieu of a published textbook—the material had been approved by the Mathematics Department for this purpose and it had been used for several semesters. The PC administration refused to make copies of this unpublished material, and I was told to have the students make their own copies at their own expense.

The first day of class, I told the students they were responsible for making themselves a copy of the material at their home, in the PC Library, at Kinkos, Staples, or anywhere else they could do so. Because it was so important that students get these copies ASAP, I said I would help them by having them copied and bound at Staples on my own time for any student who would reimburse me for the cost of the copies. The entire class opted to do this and they reimbursed me $11.00. The Phoenix College administration accused me of allegedly violating the MCCCD cash handling policy. They said I was to pay for the student copies out of my own pocket.

The administration proceeded to dismiss me. I appealed the dismissal, presented my case to an appeals committee. This Faculty Hearing Committee found that PC had failed to carry its burden of proof. They found no violation of the cash handling policy but Chancellor still has suspended me for 14 ½ months because I would not pay for the students' course materials. No faculty member is responsible for purchasing instructional materials for students and I believe I should not have to either.

It is for this one time effort on my part to help students that I am being suspended without pay for an unacceptably long length of time and I have not broken any policies.

Like most working people, I cannot economically survive a 14 month suspension of pay. The Chancellors suspension will also cause me to lose my health insurance, because I may not be able to afford to pay my contribution towards continued health care coverage.  Under the circumstances, the Chancellors 14 month suspension of me, is the functional equivalent of termination from the district.

As you are aware, under the RFP, only this board has the authority to terminate an employee.

While I was never found guilty of violating MCCCD regulations or policy, I am unfairly being punished. I am not guilty of violating any MCCCD policy or regulation including cash handling.  I was not afforded due process

Accordingly, I asked the board to intervene in my case to rescind the Chancellor's ~~termination~~ suspension and at the very minimum allow me to present proof of what I have stated here.

Thank you,

Cleopatria Martinez

Cleopatria Martinez, PhD



Associated Students of Mesa Community College

# Executive Order

1    **Proposed Tuition Increase**
2    By: Lucas Bodine, President of ASMCC
3    Today we have three previous Presidents of the Associated Students of Mesa Community College as
4    they stand in unison with myself, the current ASMCC president to show the impact we have seen with
5    tuition proposals. We address the board to state that in times of past and tonight the Associated
6    Students of Mesa Community College has made important statements about this matter and we would
7    hope that you take into consideration what MCC students feel about this proposal.

8    With discussion of this proposal it is important to note the kind of backgrounds that our students have.
9    According to the Community College Survey of Student Engagement approximately 57% of students
10   work for pay anywhere from 21-30+ hours a week. 69 % of our students are declared as part time
11   students. Of all undergraduate students from 2011-2012 39% of students received Pell Grants. This
12   proposal would directly impact those students working many hours a week to provide for themselves
13   and their education. This is a large majority of students at our campus and across the district, those
14   trying to afford an education while providing for themselves their families.

15   We would invite the board to ask themselves what percentage of funds are being allotted to each
16   college as well at the district level and ask if those allotted funds help cultivate teaching and learning to
17   the students.

18   We caution the board to avoid a history of tuition increases. Each time tuition is increased means that
19   the availability and access to getting an education is limited. We believe that community colleges should
20   make affordability a key staple so that as many people as possible have the privilege of receiving a
21   collegiate education.

22   Much change has taken place in the district and once completed, the incentives will be a benefit for
23   students. However with these incentives we must keep in mind affordability to the student. We suppose
24   that there are relevant and important means to a proposed tuition increase but the tuition increase will
25   not be a long term fix to the districts finical situation. The current student body at MCC is not in favor of
26   the tuition increase.

27   In response to this proposal we encourage more dialog and creativity to alternative sources of funding
28   and processes. We would encourage the district to discuss a flat rate tuition and various payment plans
29   and options.

30   Thank you for your consideration and time in listening to our concerns about this proposal.

31
32
33
34
35
36



Associated Students of Mesa Community College

EO 13-14 F10

# Executive Order



37
38
39    X
40    _____
      Lucas Bodine
41    President, ASMCC
42                    Lucas Bodine, President
43              Matthew Faulkner, Executive Vice President
44          Alexandra Koller, Vice President of Communication
45           Ryne O'Reily, Vice President of Fiscal Affairs
46
47                      The Executive Board
48

# Maricopa Community Colleges

March 25, 2014 Governing Board Meeting

# Budget Schedule



**5** — *Budget Adoption:* May (preliminary April)
Tuition & Fees ~~March~~ April
MCCD Governing Board

**4** — *Preliminary Budget:* (March, April, May)
Tuition & Fees (February & March)
Meet & Confer (January - April)
Chancellor

**3** — *Budget Recommendations* (February)
Tuition & Fees (February)
Chancellor's Executive Council

**2** — *Budget Recommendations* (January)
Tuition & Fees (January)
Financial Advisory Council

**1** — *College/District Office Planning*
College/DO requests & submissions
College/DO



FY 2015 Budget in Summary

In Millions

|  | General Fund (1) | Auxiliary Fund (2) | Restricted Fund (3) | Capital Fund (7) | Total |
|---|---|---|---|---|---|
| FY 2014 | $715.0 | $161.1 | $319.1 | $469.3 | $1,664.5 |
| FY 2015 | $773.9 | $153.4 | $319.1 | $454.2 | $1,700.6 |

$58.9   ($7.6)   $0   $(15.1)   $36.2

# General Operating Fund Sharing Increases

## allocable additional revenue $25.8 million

## State Aid

$0.5 million cut *(pending)*

## Property Tax

2% increase in the Tax Levy *(pending)*; $8.4 million

$8.7 million in new construction; $5.2 million net allocable

## Tuition

$5.00 per Credit Hour Increase *(pending)*; $12.3 million

Tuition from enrollment change passes through to colleges

# Other Operating Highlights

## Restricted
### Fund 3

After the $45 million increase last year, no additional budget changes are predicted.

## Auxiliary
### Fund 2

The $7.6m decline in fee-for-service activities, including Skill Centers

# Capital Highlights

There is a $15.1 million decline in our FY 2015 Plant Fund budget as we continue moving toward completion of the 2004 Capital Development Program.

Board Approved Series A – E issued; bringing the total to $951 million.

The Secondary Tax Levy will increase from $80.9 to $84.5 million; an increase of $3.6 million.

The Secondary Tax Rate will increase from .2459 to .2364, an drop of .0095

# FY2015 Initiatives

## $25.8 million Increase

*Amounts in Millions*

### Maintain Expenditures - $3.4 Million

- Arizona State Retirement System - $0.2
- Employee Manual Increases - $1.0
- Operating Cost for New Building - $0.6
- Operating Cost for IT Maintenance - $1.0
- Flex Benefits (Board Approved) - $0.6

### Priority Information Technology Needs - $6.8 Million

### Additional Priority Needs - $15.6 Million

- Scholarships - $0.5
- Seamless Student Experience - $0.8
- Student Success Initiatives - $2.1
- Maricopa Corporate College - $0.7
- Move Prop 301 Faculty - $0.4
- Faculty Inversion - $3.3
- New Residential Faculty - $3.3
- Other Possible Program Needs/Salary Adjustment - TBD

# Tuition Proposal

- Resident Tuition would increase by $5.00 per credit hour from $81.00 to $86.00.

- A full time resident student taking 30 credit hours per academic year would pay $2,580.

- Out-of-state students pay both an out-of-state Surcharge and Tuition; their total would go from $322 to $327 per credit hour.

- A full time out-of-state student taking 30 credit hours per academic year would pay $9,810.

# Property Tax Proposal

- To maintain the existing FY2014 tax **levy** in FY2015, the tax **rate** would decrease because the property values used to calculate the tax increased.

- A 2% increase in the tax levy would mean homeowners who paid $128.96 this year would pay an additional $2.57 next year.

**Example:**

| | FY 2014 | FY2015 | |
| --- | --- | --- | --- |
| | | No Levy Increase | 2% Levy Increase |
| Primary Tax Rate | 1.2896 | 1.2573 | 1.2824 |
| Example $100,000 Home | | | |
| House Assessed Value | $100,000 | $102,569 | $102,569 |
| Tax per $100,000 AV | $128.96 | $128.96 | $131.53 |

# Funding Overview through the Great Recession

Recession started in 2007 and picked up steam in 2008

District developing FY2008-09 budget at the time

1st sign of problem:  We heard rumbling possible cuts in November, 2007 but were assured that it was posturing.

HB 2209 passed in late June, 2008 and cut $11.1 (100%) of capital state aid and $2.1 million in operational aid from the FY 2008-09 appropriations....more cuts came mid year with an additional $4.3 million mid year state aid loss.



| Revenues | Expenditures |
|---|---|
| State Aid Cuts/ Prop 301 Declined | Limited new program support |
| Lower Growth in Property Taxes | Limited Compensation Adj. |
| Limited Tuition Rate & Prop Tax Increases | Budget Reductions |
| Federal Stimulus & Protection | Surging Student Enrollments |

# Revenue History

| | FY08-9 | FY09-10 | FY10-11 | FY11-12 | FY12-13 | FY13-14 | Summary |
|---|---|---|---|---|---|---|---|
| State Aid Declines | Cut ($17.6m) | Cut ($5.8 m) | | Cut ($38.4 m) | Enroll. $1.4m | Enroll. ($0.4) | ($60.8) |
| Prop 301 (Sales tax) | ($1.3) | ($1.1) | $0.2 | $0.5 | $0.3 | | |
| New Construction Taxes | $18.2m | $14.2m | $11.3m | $7.0m | $6.5m | $8.3m | $65.5m incr/Rate Declines |
| Property Tax Levy Incr. | 2% levy $6.8m | | | 3% Levy $11.4m | | 2% levy $7.9m | 3 Times $26.1m |
| Tuition Rate Increase | $6.00/cr $13.4m | | | $5.00/cr $12.9m | | $5.00/cr $13.8m | 3 Times $40.0m |
| One Time Federal Stimulus | | $15.1m | | | | | 1 & Done |

$11.2 million of the FY08-9 reduction in state aid is capital state aid

# Impact on Share of General Fund Resources



Between FY07-8 and FY11-12, the State aid share of the budget dropped from 10.7% to 1%



Legend:
- Miscellaneous
- Fund Balance/Carryforward
- Tuition & Fees
- State Aid
- Property Taxes/SRP

# General Operating Fund Budget Cuts

FY 2010 - $10.2 million

FY 2011 - $8.6 million

FY 2012 - $1.5 million

FY 2013 - $15.0 million

## GF Total $35.3 million

*Plus another $11.2 m in capital reductions brings the Total to $46.5 million*

# General Operating Expenditure History

| | FY08-9 | FY09-10 | FY10-11 | FY11-12 | FY12-13 | FY13-14 |
|---|---|---|---|---|---|---|
| Budget Cuts ($35.3m) | | ($10.2m) | ($8.6 m) | ($1.5 m) | ($15.0 m) | |
| Mandatory | $6.7m | $6.4m | $6.0m | $5.1m | $3.5m | $5.2m |
| Salary & Benefits | $16.0 m: Step and 1.5% COLA; $4.8m Flex | | $2.4 m: 0.6% COLA | $2.0m: 0.5% COLA; $5.1m Flex | $16.3 m: Step & 1.5% COLA; $1.8m FLEX | $10.9 m: 2.5% COLA; $0.7 Flex |
| Scholarships | $1.1m | $3.0m | | $1.0m | $1.0m | $1.0m |
| SSI/SSE/IMOR2 | $1.0m | $5.2m | | $3.7m (one-time) | | $5.4m |
| New Faculty/ Prop 301 | $1.0m | $1.5m | $0.5m | | | $2.3m |
| Public Safety | $0.8m | | | | | $1.0m |
| Disability Services | | | $0.3m | | | |
| New Enterprise Systems | | | | | $2.0m | |

Questions