Pavneet Singh Uppal, SBN 016805
Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2425
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
sbalch@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez,<br><br>                    Plaintiff,<br><br>v.<br><br>Maricopa County Community College District; et al.,<br><br>                    Defendants. | No. CV 15-01759-PHX-NVW<br><br>**NOTICE OF ERRATA** |

Notice is hereby given that with respect to Defendants' Separate Statement of Facts In Support of Its Motion For Summary Judgment (Doc. 73) and due to administrative oversight during e-filing **Exhibit 30** (Cleopatria Martinez's List of Witnesses and Exhibits) was inadvertently omitted. Attached hereto is the true and correct copy of **Exhibit 30**.

RESPECTFULLY SUBMITTED this 6th day of March 2017.

FISHER & PHILLIPS LLP

By  s/ Shayna H. Balch
    Pavneet Singh Uppal
    Shayna H. Balch
    3200 N. Central Avenue, Suite 805
    Phoenix, Arizona 85012-2425
    Attorneys for Defendants

FPDOCS 32686299.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Edmundo P. Robaina
Thomas T. Griffin
Ashley A. Marton
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Attorneys for Plaintiff

  s/  Eileen Kane

**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2425
(602) 281-3400

2