# EXHIBIT 4

# TO

# PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS

# IN RESPONSE TO

# DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
                  UNITED STATES DISTRICT COURT

                      DISTRICT OF ARIZONA



Cleopatria Martinez,              )
                                  )
              Plaintiff,          )
                                  )
vs.                               )  NO. CV 15-01759 NVW
                                  )
Maricopa County Community         )
College District, a political     )
subdivision of the State, and     )
Rufus Glasper and Debra           )
Glasper, husband and wife,        )
                                  )
              Defendants.         )
_____)



         RULE 30(B)(6) DEPOSITION OF JUDY CASTELLANOS



                       Phoenix, Arizona
                      December 15, 2016
                         10:23 a.m.
```

*Miller Certified Reporting, LLC*
*Post Office Box 513*
*Litchfield Park, Arizona 85340*
*(P)623-975-7472 (F)623-975-7462*
*www.MillerCertifiedReporting.com*

Nicole Tatlow, RPR
Certified Reporter  (AZ 50671)

```
 1                         I N D E X
 2
 3    WITNESS                                              PAGE
 4    JUDY CASTELLANOS
 5          EXAMINATION BY MR. ROBAINA                        5
 6          EXAMINATION BY MS. BALCH                         80
 7          FURTHER EXAMINATION BY MR. ROBAINA               84
 8
 9
10                         *   *   *
11
12                       E X H I B I T S
13
      NO.        DESCRIPTION                               PAGE
14
15    No. 1     Letters dated August 9, 2013                10
16    No. 2     Residential Faculty Policies 2012-2013      12
17    No. 3     Residential Faculty Policies 2013-2014      13
18    No. 4     Hearing Committee Findings of Fact,         20
                Conclusions of Law, and Recommendation
19
      No. 5     Administrative Regulation: Fiscal           25
20              Management, Section 1
21    No. 6     Letters dated February 10, 2014;            26
                Hearing Committee Findings of Fact,
22              Conclusions of Law, and Recommendation
23    No. 7     List of Faculty Suspended; Copies of        52
                Suspensions
24
      No. 8     List of Faculty Suspended                   53
25
```

| | | | |
|---|---|---|---|
| 1 | No. 9  | Suspension Documents for Jason Martinez | 60 |
| 2 | No. 10 | Suspension Documents for Walter Kehowski | 61 |
| 3 | No. 11 | Suspension Information for Harry Kaino | 62 |
| 4 | No. 12 | Suspension Documents for Scott Geddis | 63 |
| 5 | No. 13 | Suspension Documents for David Sanchez | 63 |
| 6 | No. 14 | E-mails dated August 11, 12, and 13, 2014 | 64 |
| 7 | No. 15 | E-mail dated August 13, 2014 | 65 |

1   A.   These were in regards to Dr. Martinez's
2   dismissal, binding, that the committee presented to the
3   Chancellor for his or her review.
4   Q.   So --
5        MS. BALCH:   Edmundo, if you want to continue this
6   line of questioning here --
7        MR. ROBAINA:   Well, she's here on a 30(b)(6) --
8        MS. BALCH:   -- you certainly can.
9        Yeah, yeah, yeah.  But --
10       MR. ROBAINA:   -- to answer regarding MCCCD
11  policies related to discipline.
12       MS. BALCH:   No, I understand.  I think that the
13  witness is getting a little bit confused, though, as to kind
14  of legal terminology.  If -- I'm happy to offer -- if you
15  want to take a quick break, I think I can speed this along.
16  If you want to continue, you're welcome to.
17       MR. ROBAINA:   No, I -- I want to continue.
18       THE WITNESS:   Can I take a break?
19       MR. ROBAINA:   Sure.
20       (Recess taken from 10:55 a.m. to 11:07 a.m.)
21       MR. ROBAINA:   So before we -- before I forget it,
22  are we going to stipulate that -- let me start it this way.
23  BY MR. ROBAINA:
24       Q.   You understand that you're here on a 30(b)(6)
25  deposition representing MCCCD with respect to Residential

```
 1   Faculty Policies -- I'm sorry -- with respect to MCCCD
 2   policies related to discipline, Cleopatria Martinez's
 3   suspension, including any process given to her with respect
 4   to suspensions -- I'm sorry -- any process given with
 5   respect to -- let me start that again.
 6           You're also here for -- in relation to
 7   Cleopatria Martinez's suspension, including any process
 8   given with respect to suspensions.  Do you understand that?
 9       A.  Yes.
10       Q.  And you're also here regarding any pronouncements
11   regarding decisions made by the Governing Board related to
12   Dr. Martinez.  Do you understand that?
13           MS. BALCH:  I don't necessarily know that she's
14   the person most knowledgeable to stipulate all that,
15   Counsel.
16           MR. ROBAINA:  Okay.  So we'll stipulate on that
17   one?
18           MS. BALCH:  We'll stipulate at No. 4.  Correct.
19           MR. ROBAINA:  Let's talk about that one real
20   quickly.  So we're stipulating that the Governing Board made
21   no pronouncements with regard to Dr. Martinez, the intent to
22   dismiss her, or her suspension, correct?
23           MS. BALCH:  Yes.  The intent to dismiss or
24   suspension order issued in this case.
25           MR. ROBAINA:  Okay.  They have not made any
```

```
 1   actions with regard to her at all?  With regard to
 2   suspension or intent to dismiss, right?
 3              MS. BALCH:  That is my understanding.  We are
 4   willing to stipulate to that.
 5              MR. ROBAINA:  Okay.
 6   BY MR. ROBAINA:
 7        Q.    Who do you report to?
 8        A.    Barb Basel.
 9        Q.    I'm sorry.  I should -- I should ask, during the
10   time frame relevant to this case, which is 20- -- 2013 and
11   2014, who did you report to?
12        A.    2013, I want to say James Bowers.
13        Q.    Okay.  Is he still with the District?
14        A.    No.
15        Q.    Was he succeeded by LaCoya Shelton-Johnson?
16        A.    No.  He was the director of the HR Solutions
17   Center.
18        Q.    Oh.
19        A.    Then he was interim as the Vice Chancellor, and
20   then LaCoya Shelton-Johnson received that position.
21        Q.    Okay.  Let me show you what I'd like to have
22   marked as Exhibit 5.
23              (Exhibit No. 5 marked.)
24   BY MR. ROBAINA:
25        Q.    Will you take a look at that?  You don't have to
```