# EXHIBIT 5

# TO

# PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS

# IN RESPONSE TO

# DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

From: **Chris Haines** <chris.haines@phoenixcollege.edu>
Date: Tue, Oct 27, 2015 at 2:32 PM
Subject: Re: Request a meeting, The directive and its current impact
To: Cleopatria Martinez <cleopatria.martinez@phoenixcollege.edu>

Dr. Martinez,

As to the subject of the directive it is now in the hands of the court, where you and the College are represented by counsel. The only way that you can engage in a conversation that could bring the result you want is through a conversation between your counsel and the College's.

Thank you,

**Chris Haines**: Interim President

1202 W Thomas Road, Phoenix, AZ  85013
phone | 602-285-7432 •  fax | 602-285-7788
email | chris.haines@phoenixcollege.edu
website | www.phoenixcollege.edu

On Thu, Oct 15, 2015 at 9:20 AM, Cleopatria Martinez <cleopatria.martinez@phoenixcollege.edu> wrote:
> Ms. Haines,
> Please meet with me in regards to removing the directive which impacts the learning of the students that I have in my classes.  Since the directive was made at the president's level not by the department chair or the academic dean, I request a meeting with you at your earliest convenience. Thank you.
>
>> On Tue, Oct 13, 2015 at 4:06 PM, Chris Haines <chris.haines@phoenixcollege.edu> wrote:
>> **Ms. Martinez,**
>>
>> **As I have said before please direct all your questions concerning your teaching to the Math department chair and Dean of Arts and Sciences Wilbert Nelson.**
>>
>> Thank You,
>>
>> **Chris Haines**: Interim President
>>
>> 1202 W Thomas Road, Phoenix, AZ  85013
>> phone | 602-285-7432 •  fax | 602-285-7788
>> email | chris.haines@phoenixcollege.edu
>> website | www.phoenixcollege.edu
>>
>>> On Mon, Oct 12, 2015 at 4:12 PM, Cleopatria Martinez <cleopatria.martinez@phoenixcollege.edu> wrote:
>>> Dear Ms. Haines,              10.12.15
>>> I am writing to ask that you remove the directive dated 2010 which outlines the conditions under which I teach because the basis for it no longer exists and this directive obstructs my teaching capacity in many ways such as the following:
>>> 1) I am not allowed to write test questions of my own.
>>> 2) In my daily lectures I am not allowed to use examples that I construct.
>>> 3) I am not allowed to use *anything* I develop.
>>> The departmental barriers resulting from the directive have placed unjustified stress on my spontaneous teaching.  For example, I submitted

> a test to be approved because the problems that I used were based on material covered in class and addressed the needs of the students. It was rejected (because I did not copy problems directly from the textbook), and subsequently threw off my teaching schedule. The students did not take the test on the date it was scheduled. These restrictions have stifled my innovation and place limits on *teaching based on the needs of the students*. Moreover, the directive infringes on my academic freedom and my ability to address what students need to learn. Most importantly it impedes the learning of the students that I currently have in my classes this fall semester.
>
> As you may know a faculty Hearing Committee concluded December 9, 2013:
>
> *"PC failed to carry its burden of proof relating to violation of MCCCD's cash handling rules found in MCCCD Administrative Regulations 1.17, violation of Residential Policy Manual 3.2.4 (relating to financial interests in unpublished materials), violation of U.S. Copyright Law and fair use guidelines, and violation of MCCCD Administrative Regulations 3.2.4 and 3.2.5 related to copyright regulations."*
>
> This request touches upon a professor's freedom to teach, academic creativity based on the needs of my students, and a professor's academic freedom. A professor's freedom to teach based on the needs of the students is important. When can I meet with you to address interferences with my academic creativity based on the needs of my students and to discuss options?
>
> --
> Cleopatria Martinez, PhD,  Department of Mathematics, Phoenix, College 80213,  (602) 285-7390
>         Cada cabeza es un mundo.

--
Cleopatria Martinez, PhD,  Department of Mathematics, Phoenix, College 80213,  (602) 285-7390
        Cada cabeza es un mundo.

11.02.15

--
Cleopatria Martinez, PhD,  Department of Mathematics, Phoenix, College 80213,  (602) 285-7390
        Cada cabeza es un mundo.