1  Pavneet Singh Uppal, SBN 016805
2  Shayna H. Balch, SBN 024852
   FISHER & PHILLIPS LLP
3  3200 N. Central Avenue, Suite 805
   Phoenix, Arizona 85012-2407
4  Telephone:  (602) 281-3400
5  Fax:  (602) 281-3401
   puppal@fisherphillips.com
6  sbalch@fisherphillips.com

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10

11 Cleopatria Martinez,                    No.  CV 15-01759-PHX-NVW

12            Plaintiff,                    **MEMORANDUM IN SUPPORT OF
                                            BILL OF COSTS**
13      v.

14 Maricopa County Community College
   District; et al.,
15
16            Defendants.

17

18        Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule of Civil Procedure

19 54.1, and 28 U.S.C. § 1920 and § 1924, you are hereby notified that Defendants

20 Maricopa County Community College District ("MCCCD") and Rufus Glasper and

21 Debra Glasper (collectively "Defendants"), by and through undersigned counsel, claim

22 as taxable costs in the above-entitled case the sum of **$4,444.33**. Defendants claim these

23 costs against Plaintiff Cleopatria Martinez against whom judgment was entered in the

24 above-captioned case on November 1, 2017.   Attached hereto as **Exhibit A** is the

25 Affidavit of Shayna H. Balch, Defense Counsel in this matter, Defendants' Itemization

26 of Taxable Costs, and documentation of requested costs.  Filed concurrently herewith is

27 Defendant's Bill of Costs.

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona  85012-2407
(602) 281-3400

1    RESPECTFULLY SUBMITTED this 15th day of November 2017.

2                      FISHER & PHILLIPS LLP

3                      By  s/  Shayna H. Balch
4                          Pavneet Singh Uppal
                           Shayna H. Balch
5                          Alanna R. Brook
                           3200 N. Central Avenue, Suite 805
6                          Phoenix, Arizona 85012-2407
                           Attorneys for Defendants
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona  85012-2407
(602) 281-3400

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Edmundo P. Robaina
Thomas T. Griffin
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Attorneys for Plaintiff


 s/ Michelle C. Colwell

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona  85012-2407
(602) 281-3400

FPDOCS 33446259.1