## <u>AFFIDAVIT OF SHAYNA H. BALCH</u>

STATE OF ARIZONA ) 
                        ) ss.
County of Maricopa )

I, Shayna H. Balch, being first duly sworn upon my oath, depose and say:

1.    I am over the age of eighteen and am competent to testify as to all the matters set forth herein and would so testify if called upon to do so.

2.    I have personal knowledge of the matters set forth herein. My personal knowledge is based upon my observations and personal participation in the events described below. In certain instances, my personal knowledge is based on my review of the business records of the law firm of Fisher & Phillips LLP ("Fisher & Phillips"), which are kept in the ordinary course of business.

3.    I am a partner with the law firm of Fisher & Phillips. I am a member of the State Bar of Arizona and was counsel for Defendants Maricopa County Community College District ("MCCCD") and Rufus Glasper and Debra Glasper (collectively "Defendants") in the action entitled *Cleopatria Martinez v. Maricopa County Community College District, et al.,* Case No. CV 15-01759-PHX-NVW.

4.    Defendants have concurrently herewith submitted their Bill of Costs.

5.    I have reviewed and approved the expenses set forth in Defendants' Bill of Costs and supporting memorandum. In total **<u>$4,444.33</u>** was expended in recoverable taxable costs in this matter.

6.    The amount requested is correct and was necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed.

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

1   Pursuant to the laws of the State of Arizona, I declare under penalty of perjury that

2   the foregoing is true and correct.

3   Executed this 15th day of November 2017 in Phoenix, Arizona.

4

5

6   Shayna H. Balch

7

8

9   SUBSCRIBED, ACKNOWLEDGED AND SWORN to this  15th  day of

10   November 2017 before the undersigned Notary Public by Shayna H. Balch.

11

12   Notary Public

13

14   My Commission Expires:

15

16

MICHELLE C. COLWELL
Notary Public, State of Arizona
Maricopa County
My Commission Expires
July 31, 2020

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

FPDOCS 33446288.1

MARTINEZ V. MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, ET AL
U.S. DISTRICT COURT CASE NO. CV 15-01759-PHX-NVW

## DEFENDANTS' ITEMIZATION OF TAXABLE COSTS

### FEES FOR SERVICE OF SUMMONS AND SUBPOENA

| Invoice Date | Description | Amount |
|---|---|---|
| 12/28/15 | Fee for service of subpoena - Frederic Bellamy | $96.43 |
| 06/01/16 | Fee for service of subpoena - Margaret Marshall | $97.76 |
| 06/01/16 | Fee for service of subpoena - John C. Lincoln | $147.47 |
| 06/01/16 | Fee for service of subpoena – Dr. Ewa Szafraniec | $109.07 |
| 06/01/16 | Fee for service of subpoena – Compass Professional Health Services | $205.38 |
| 06/01/16 | Fee for service of subpoena – Integrated Medical Services/Dr. Marvin B. Padnick | $94.67 |
| 06/01/16 | Fee for service of subpoena – Jay L. Lewis, Ph.D | $94.67 |
| 06/01/16 | Fee for service of subpoena – Dr. Robert Hellmers | $94.67 |
| 06/01/16 | Fee for service of subpoena – Arizona Department of Economic Security – Unemployment Insurance Administration | $94.67 |
| 07/05/16 | Fee for service of subpoena – Dr. Robert Saide | $94.67 |
| | **Subtotal** | **$1,129.46** |

### FEES FOR TRANSCRIPTS

| Invoice Date | Description | Amount |
|---|---|---|
| 07/20/16 | Linda Schroeder, RDR, CRR - Transcript for Court Proceedings (1/16/16) | $164.90 |
| 08/31/16 | Glennie Reporting Services – Deposition Transcript for Cleopatria Martinez (Day 1: 8/16/16) | $1,100.90 |
| 10/21/16 | Glennie Reporting Services – Deposition Transcript for Cleopatria Martinez (Day 2: 10/11/16) | $950.30 |
| 11/21/16 | Miller Certified Reporting – Deposition Transcript for Teresa Toney (11/10/16) | $127.50 |
| 12/03/16 | Miller Certified Reporting – Deposition Transcript for Judy Castellanos (12/15/16) | $344.00 |
| 12/05/16 | Miller Certified Reporting – Deposition Transcript for Rufus Glasper (11/22/16) | $336.75 |
| | **Subtotal** | **$3,024.35** |

## FEES FOR EXEMPLICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| Invoice Date | Description | Amount |
|---|---|---|
| 06/06/16 | Bactes – Fee charged for copies of medical records from Honor Health – John C. Lincoln Medical Center | $160.09 |
| 06/09/16 | Jay L. Lewis, Ph.D – Fee charges for copies of medical records | $12.70 |
| 06/17/16 | Arizona Allergy Associates – Fee charged for copies of medical records | $50.00 |
| 08/30/16 | Bactes – Fees charged for copies of medical records from IMS Cardiology | $39.43 |
| 08/31/16 | Arizona Department of Economic Security – Unemployment Insurance Administration – Fee charged for certified copies of unemployment insurance benefit records | $28.30 |
| | **Subtotal** | **$290.52** |
| | **TOTAL** | **$4,444.33** |



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28130 | 20175 |
| Invc Date | Total Due |
| 1/01/16 | ███████ |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 20175 | 28130 | 1/01/16 | ██████ | 1 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |

| 12/28/15 | 157025 | SPP | FISHER & PHILLIPS LLP | RYLEY CARLOCK & APPLEWHITE | Base Chg : | 51.00 | |
| PRS SPCL-IMMEDIATELY | | | 201 E. WASHINGTON STREET | ONE NORTH CENTRAL AVENUE | Fuelcharge: | 6.63 | |
| | | | PHOENIX         AZ 85004 | PHOENIX         AZ 85004 | MILEAGE   : | 28.80 | |
| | | | Caller: EILEEN KANE | | AFFIDAVIT : | 10.00 | 96.43 |

Case Number: CV-15-01759-PHX-NVW   Case Title: MARTINEZ V. MCCCD
Documents: LETTER, ORIGINAL SUBPOENA PLUS TWO COPIE
Client/Matter: 27948.0009   Signed by: FREDERIC BELLAMY

**Total   Charges** for Ref. - 27948.0009:     96.43      .

Total     ███████

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28130 | 20175 |
| Invc Date | Total Due |
| 1/01/16 | ███ |
| | |
| | |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 20175 | 28130 | 1/01/16 | ███ | 2 | | |
| | | | | Service Detail | | | | Charges | Total |
| Date | Ordr No. | Svc | | | | | | | |

| | | Reference | Description | | Orders | Order Amt | Adv Fee Amt | Total Amt |
|---|---|---|---|---|---|---|---|---|
| | | 27948.0009 | | | 1 | 96.43 | .00 | 96.43 |

Reference **Totals** : ███

**Total** Amount Due : ███

## INVOICE PAYMENT DUE UPON RECEIPT

| Attorney or Party without Attorney: |  |  |
|---|---|---|
| Pavneet Singh Uppal<br>FISHER & PHILLIPS LLP<br>201 E.Washington Street  1450<br>Phoenix, AZ 85004<br>TELEPHONE No.: (602) 281-3400 |  |  |
| Attorney for: | Ref No. or File No.:<br>27948.0009 |  |

Insert name of Court, and Judicial District and Branch Court:

In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: CLEOPATRIA MARTINEZ

Respondent: MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>1/11/2016 | TIME:<br>10:00 AM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION,

a.  Party served          FREDERIC D BELLAMY
     Age: 45+ years Race: Caucasian  Sex: Male Eyes:  Height: 5' 10"  Weight: 350 lbs.  Hair: Salt and Pepper

Address where served:  ONE NORTH CENTRAL AVENUE, SUITE 1200
                                      PHOENIX, AZ 85004

5.  I served the party
     a.  I personally delivered the documents to the party or person authorized to
          receive service of process for the party (1) on: 12/28/2015    (2) at: 3:22 PM

Person who served papers:
NATIONWIDE LEGAL          Name:  Peter Montes
          County of Phoenix,
          3150 N. 24TH STREET, D-104          The fee for service was: $ 96.43
          Phoenix, AZ 85016
          (602) 256.9700
          www.nationwideasap.com



Date:  December 28, 2015

_Peter C. Montes_

(Peter Montes)

157025

**CERTIFICATE OF SERVICE**



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28704 | 20175 |
| Invc Date | Total Due |
| 6/15/16 | ▮ |
| | |
| | |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 20175 | 28704 | 6/15/16 | ▮ | 1 | | | |
| Date | Ordr No. | Svc | | | Service Detail | | | | Charges | Total |
| 6/01/16 | 164560 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX      AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | MARGARET MARSHALL<br>5150 N. 16TH STREET<br>PHOENIX      AZ 85016<br>Case Title: MARTINEZ V. MCCCD<br>Signed by: NON SERVICE | | Base Chg  :<br>Fuelcharge:<br>MILEAGE   :<br>AFFIDAVIT : | 46.00<br>5.98<br>35.28<br>10.50 | 97.76 |
| PRS-SAMEDAY | | | | | | | | | |
| 6/01/16 | 164562 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX      AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | JOHN C. LINCOLN HOSPITAL (ER)<br>9225 N. THIRD STREET<br>PHOENIX      AZ 85020<br>Case Title: MARTINEZ V. MCCCD<br>Signed by: AURORA RICE | | Base Chg  :<br>Add'l Atmp:<br>Fuelcharge:<br>MILEAGE   :<br>AFFIDAVIT : | 49.00<br>33.60<br>6.37<br>48.00<br>10.50 | 147.47 |
| PRS-SAMEDAY | | | | | | | | | |
| | | | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28704 | 20175 |
| Invc Date | Total Due |
| 6/15/16 | ███████ |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 20175 | 28704 | 6/15/16 | ███████ | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/01/16<br>PRS-SAMEDAY | 164563 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX     AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | DR. EWA SZAFRANIEC<br>14001 N. SEVENTH STREET<br>PHOENIX     AZ 85022<br><br>Case Title: MARTINEZ V. MCCCD<br>Signed by: RONI H. | Base Chg  :   49.00<br>Fuelcharge:    6.37<br>MILEAGE   :   43.20<br>AFFIDAVIT :   10.50 | 109.07 |
| 6/01/16<br>HOT OUT OF STATE PROCESS | 164564 | HOP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX     AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | COMPASS PROFESSIONAL HEALTH SERVICE<br>3102 OAK LAWN AVENUE<br>DALLAS      TX 75219<br><br>Case Title: MARTINEZ V. MCCCD<br>Signed by: EVELYN CRAWFORD | Base Chg  :   85.05<br>PDF/Pages :   35.00<br>Fuelcharge:   10.53<br>Misc.     :   64.80<br>Misc.     :   10.00 | 205.38 |
| 6/01/16<br>PRS-SAMEDAY | 164565 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX     AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | INTEGRATED MEDICAL SERVICES<br>9250 N. THIRD STREET<br>PHOENIX     AZ 85020<br><br>Case Title: MARTINEZ V. MCCCD<br>Signed by: LORENA GARCIA | Base Chg  :   49.00<br>Fuelcharge:    6.37<br>MILEAGE   :   28.80<br>AFFIDAVIT :   10.50 | 94.67 |
| 6/01/16<br>PRS-SAMEDAY | 164566 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX     AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | JAY L. LEWIS, PH.D<br>1110 E. MISSOURI AVENUE<br>PHOENIX     AZ 85014<br><br>Case Title: MARTINEZ V. MCCCD<br>Signed by: JAY L. LEWIS PHD | Base Chg  :   49.00<br>Fuelcharge:    6.37<br>MILEAGE   :   28.80<br>AFFIDAVIT :   10.50 | 94.67 |
| 6/01/16<br>PRS-SAMEDAY | 164569 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX     AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | DR. ROBERT HELLMERS, ALLERGY ASSOCI<br>348 E. VIRGINIA AVENUE<br>PHOENIX     AZ 85004<br><br>Case Title: MARTINEZ V. MCCCD<br>Signed by: DARCY HAYNIE | Base Chg  :   49.00<br>Fuelcharge:    6.37<br>MILEAGE   :   28.80<br>AFFIDAVIT :   10.50 | 94.67 |
| 6/01/16<br>PRS-SAMEDAY | 164585 | HTP | 1 FISHER & PHILLIPS LLP<br>201 E. WASHINGTON STREET<br>PHOENIX     AZ 85004<br>Caller: MICHELLE COLWELL<br>Case Number: 2-15-CV-01759-NVW<br>Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER<br>Client/Matter: 27948.0009 | ARIZONA DEPT. ECONOMIC SECURITY<br>1717 W. JEFFERSON STREET<br>PHOENIX     AZ 85007<br><br>Case Title: MARTINEZ V. MCCCD<br>Signed by: KATHY GREENE | Base Chg  :   49.00<br>Fuelcharge:    6.37<br>MILEAGE   :   28.80<br>AFFIDAVIT :   10.50 | 94.67 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28704 | 20175 |
| Invc Date | Total Due |
| 6/15/16 | ███ |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|---|
| | | | 20175 | 28704 | 6/15/16 | ███ | 3 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/07/16 | 164851 | RUD | 1 FISHER & PHILLIPS LLP          ROBAINA & KRESIN PLLC | Base Chg : | 21.00 | 23.73 |
| DEL RSH-2HRS | | | 201 E. WASHINGTON STREET       5343 N. 16TH STREET | Fuelcharge: | 2.73 | |
| | | | PHOENIX          AZ 85004       PHOENIX          AZ 85016 | | | |
| | | | Caller: MICHELLE COLWELL | | | |
| | | | Case Number: CV15-01759-PHX-NVW      Case Title: MARTINEZ V. MCCCD | | | |
| | | | Documents: ENVELOPE | | | |
| | | | Client/Matter: 27948.0009       Signed by: MARIA | | | |

**Total Charges** for Ref. - 27948.0009:   962.09

| | Total | ███ |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



**NATIONWIDE LEGAL** SERVICES, LLC

1609 James M Wood Blvd., Los Angeles, CA 90015

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28704 | 20175 |
| Invc Date | Total Due |
| 6/15/16 | ███████ |

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | Charges | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 20175 | 28704 | 6/15/16 | ███████ | 4 | | | |
| Date | Ordr No. | Svc | | | Service Detail | | | | | |

| Reference | Description | Orders | Order Amt | Adv Fee Amt | Total Amt |
|---|---|---|---|---|---|
| ███████ | | | | | |
| 27948.0009 | | 9 | 962.09 | .00 | 962.09 |
| | Reference **Totals** : | | ███████ | | |
| | **Total**   Amount Due : | | ███████ | | |

## INVOICE PAYMENT DUE UPON RECEIPT

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State   mber, and address)*

Pavneet Singh Uppal                                    SBN: 016805
FISHER & PHILLIPS LLP
201 E.Washington Street   Phoenix, AZ 85004

TELEPHONE NO.: **(602) 281-3400**          FAX NO.: **(602) 281-3401**
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA**

STREET ADDRESS: **401 W. WASHINGTON STREET**
CITY AND ZIP CODE: **PHOENIX, AZ 85003**

HEARING DATE: **6/10/2016   5:00 PM**

REFERENCE NUMBER:
**27948.0009**

PLAINTIFF: **CLEOPATRIA MARTINEZ**
DEFENDANT: **MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,**

| **NON-SERVICE REPORT** | CASE NUMBER: **CV-15-01759-PHX-NVW** |
|---|---|

I received the within assignment for filing and/or service on  June 01, 2016 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:   **MARGARET MARSHALL**

Documents:   **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND**
As enumerated below: **INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016;**

**6/1/2016 -- 4:10 PM**          5150 N 16TH STREET, A112
**Business**                        PHOENIX, AZ 85016
I spoke with Tina, a Senior Gourmet for a woman named Martha. She said she has been here since February 2016 and does not know Margaret Marshall. She may have been in this suite before since she occasionally gets mail for Margaret but would send it back to the post office. There is no Margaret Marshall listed on the building directory.

That the fee for this Service is  $ .00



_____     6/14/2016

Chris Estrada
County:  Maricopa
Registration No.: 7394
3150 North 24th Street, #D104
Phoenix, AZ 85016
(602) 256-9700

**NON-SERVICE REPORT**
Order#: 164560

Attorney or Party without Attorney:
Pavneet Singh Uppal
FISHER & PHILLIPS LLP
201 E.Washington Street  1450
Phoenix, AZ 85004
TELEPHONE No.: (602) 281-3400

Attorney for:

Ref No. or File No.:
27948.0009

Insert name of Court, and Judicial District and Branch Court:
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: CLEOPATRIA MARTINEZ

Respondent: MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| CERTIFICATE OF SERVICE | HEARING DATE: 6/10/2016 | TIME: 5:00 PM | DEPT.: | CASE NUMBER: CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

a. Party served          JOHN C LINCOLN HOSPITAL (ER)

b. Person Served        Aurora Rice  - Administrative Assistant Secretary
   Age: 50 yrs. Race: African American  Sex: Female Eyes:  Height: 5'6"  Weight: 150 lbs. Hair: Brown

Address where served: 8125 N Hayden Rd
                      Scottsdale, AZ 85258

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 6/2/2016    (2) at: 12:35 PM

Person who served papers:
NATIONWIDE LEGAL   Name:  Chris Estrada
                   County of Maricopa,  7394                        The fee for service was: $ 147.47
                   3150 N. 24TH STREET, D-104
                   Phoenix, AZ 85016
                   (602) 256.9700
                   www.nationwideasap.com

Date:  June 03, 2016

_____
                (Chris Estrada)

164562

| Attorney or Party without Attorney:<br>Pavneet Singh Uppal<br>FISHER & PHILLIPS LLP<br>201 E.Washington Street  1450<br>Phoenix, AZ 85004<br>TELEPHONE No.: (602) 281-3400 | | |
|---|---|---|
| Attorney for: | Ref No. or File No.:<br>27948.0009 | |

Insert name of Court, and Judicial District and Branch Court:

In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: CLEOPATRIA MARTINEZ

Respondent: MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>6/10/2016 | TIME:<br>5:00 PM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

a. Party served          DR. EWA SZAFRANIEC
    Age: 55 yrs. Race: Caucasian  Sex: Female Eyes:  Height: 5'7"  Weight: 160 lbs. Hair: Brown

Address where served: 14001 N 7TH STREET #E110
                      PHOENIX, AZ 85022

5.  I served the party
    a.  I personally delivered the documents to the party or person authorized to
        receive service of process for the party (1) on: 6/2/2016   (2) at: 12:15 PM

Person who served papers:

NATIONWIDE LEGAL

Name:  Chris Estrada
County of Maricopa,  7394
3150 N. 24TH STREET, D-104
Phoenix, AZ 85016
(602) 256.9700
www.nationwideasap.com

The fee for service was: $ 109.07

Date:  June 03, 2016

(Chris Estrada)

164563

| *Attorney or Party without Attorney:*<br>Shayna H.Balch, Esq.<br>FISHER & PHILLIPS LLP<br>201 E.Washington Street  1450<br>Phoenix, AZ 85004<br>*TELEPHONE No.:* (602) 281-3400<br><br>*Attorney for:* | | |
|---|---|---|
| | *Ref No. or File No.:*<br>27948.0009 | |

*Insert name of Court, and Judicial District and Branch Court:*
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

*Petitioner:* CLEOPATRIA MARTINEZ

*Respondent:* MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>6/10/2016 | TIME:<br>5:00 PM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

a. Party served          CUSTODIAN OF RECORDS, DR. ROBERT SAIDE, c/o COMPASS PROFESSIONAL HEALTH
                         SERVICES

Address where served:  3102 OAK LAWN AVENUE, SUITE 250
                       DALLAS, TX 75219

5.  I served the party

b.  On: 6/2/2016  at: 12:45 PM  I left the documents in the presence of:
    EVELYN CRAWFORD - TALENTS SERVICES COORDINATOR, AUTHORIZED TO ACCEPT SERVICE OF
    PROCESS
    Age: 35 yrs. Race: Caucasian  Sex: Female Eyes:  Height: 5'5"  Weight: 125 lbs Hair: Brown

    (1)   (business) a person apparently in charge at the office or usual place of business of the person to be served.  I
          informed him or her of the general nature of the papers.

Person who served papers:

NATIONWIDE LEGAL    Name:  DAVE HINER
                    County of ,  SCH4662              The fee for service was: $ 205.38
                    3150 N. 24TH STREET, D-104
                    Phoenix, AZ 85016
                    (602) 256.9700
                    www.nationwideasap.com

Date:  June 02, 2016

*Dave Hiner*
(DAVE HINER)

164564

*Attorney or Party without Attorney:*
Pavneet Singh Uppal
FISHER & PHILLIPS LLP
201 E.Washington Street  1450
Phoenix, AZ 85004
*TELEPHONE No.:* (602) 281-3400

*Attorney for:*

| | *Ref No. or File No.:* |
|---|---|
| | 27948.0009 |

*Insert name of Court, and Judicial District and Branch Court:*
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

*Petitioner:* CLEOPATRIA MARTINEZ
*Respondent:* MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE: 6/10/2016 | TIME: 5:00 PM | DEPT.: | CASE NUMBER: CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

a.  Party served      DR. MARVIN V PADNICK

b.  Person Served     Lorena Garcia - Receptionist
    Age: 35 yrs. Race: Hispanic  Sex: Female  Eyes:  Height:  Weight: 130 lbs. Hair: Brown

Address where served: 9250 N 3RD STREET #4010
                      PHOENIX, AZ 85202

5.  I served the party
    a.  I personally delivered the documents to the party or person authorized to
        receive service of process for the party (1) on: 6/1/2016    (2) at: 4:25 PM

Person who served papers:
NATIONWIDE LEGAL   Name:  Chris Estrada
                   County of Maricopa,  7394
                   3150 N. 24TH STREET, D-104          The fee for service was: $ 94.67
                   Phoenix, AZ 85016
                   (602) 256.9700
                   www.nationwideasap.com

Date:  June 02, 2016

*(Chris Estrada)*

164565

| Attorney or Party without Attorney: | | | | |
|---|---|---|---|---|
| Pavneet Singh Uppal<br>FISHER & PHILLIPS LLP<br>201 E.Washington Street  1450<br>Phoenix, AZ 85004<br>*TELEPHONE No.:* (602) 281-3400 | | | | |
| *Attorney for:* | | *Ref No. or File No.:*<br>27948.0009 | | |

*Insert name of Court, and Judicial District and Branch Court:*
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

*Petitioner:* CLEOPATRIA MARTINEZ

*Respondent:* MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>6/10/2016 | TIME:<br>5:00 PM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

a.  Party served        JAY L LEWIS PH.D.
    Age: 65 yrs. Race: Caucasian  Sex: Male Eyes: Glasses Height: 5'8"  Weight: 150 lbs. Hair: Gray

Address where served: 1110 E MISSOURI AVE. #120
                      PHOENIX, AZ 85014

5.  I served the party
    a.  I personally delivered the documents to the party or person authorized to
        receive service of process for the party (1) on: 6/1/2016    (2) at: 4:00 PM

Person who served papers:
NATIONWIDE        Name:  Chris Estrada
LEGAL             County of Maricopa,  7394                    The fee for service was: $ 94.67
                  3150 N. 24TH STREET, D-104
                  Phoenix, AZ 85016
                  (602) 256.9700
                  www.nationwideasap.com

Date:  June 02, 2016

(Chris Estrada)

164566

| Attorney or Party without Attorney: | | |
|---|---|---|
| Pavneet Singh Uppal<br>FISHER & PHILLIPS LLP<br>201 E.Washington Street  1450<br>Phoenix, AZ 85004<br>TELEPHONE No.: (602) 281-3400 | | |
| Attorney for: | Ref No. or File No.:<br>27948.0009 | |

Insert name of Court, and Judicial District and Branch Court:

In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: CLEOPATRIA MARTINEZ

Respondent: MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>6/10/2016 | TIME:<br>5:00 PM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

a.  Party served       DR. ROBERT HELLMERS
b.  Person Served     Darcy Haynie  - Front Desk
       Age: 50 yrs. Race: Caucasian  Sex: Female Eyes: Glasses Height:   Weight: 220 lbs. Hair: Brown

Address where served:  348 E VIRGINIA AVE
                                     PHOENIX, AZ 85004

5.  I served the party
    a.  I personally delivered the documents to the party or person authorized to
         receive service of process for the party (1) on:6/1/2016     (2) at: 3:40 PM

Person who served papers:

NATIONWIDE LEGAL   Name:  Chris Estrada
County of Maricopa,  7394
3150 N. 24TH STREET, D-104          The fee for service was: $ 94.67
Phoenix, AZ 85016
(602) 256.9700
www.nationwideasap.com

Date:  June 02, 2016

_(Chris Estrada)_

164569

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Pavneet Singh Uppal<br>FISHER & PHILLIPS LLP<br>201 E.Washington Street  1450<br>Phoenix, AZ 85004<br>*TELEPHONE No.:* (602) 281-3400<br><br>*Attorney for:* | | | |

*Ref No. or File No.:*
27948.0009

*Insert name of Court, and Judicial District and Branch Court:*
In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

*Petitioner:* CLEOPATRIA MARTINEZ

*Respondent:* MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>6/10/2016 | TIME:<br>5:00 PM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JUNE 1, 2016

  a. Party served      UNEMPLOYMENT INSURANCE ADMINISTRATION

  b. Person Served     Kathy Greene - Chief Privacy Officer
     Age: 40 yrs. Race: Caucasian  Sex: Female Eyes:  Height: 5'7"  Weight: 170 lbs. Hair: Blonde

Address where served: 1789 W Jefferson St
                          Phoenix, AZ 85007

5. I served the party
  a. I personally delivered the documents to the party or person authorized to
    receive service of process for the party (1) on: 6/2/2016    (2) at: 11:05 AM

Person who served papers:
NATIONWIDE  Name:  Richard F. Acree
LEGAL        County of Maricopa,  MC-5966                The fee for service was: $ 94.67
              3150 N. 24TH STREET, D-104
              Phoenix, AZ 85016
              (602) 256.9700
              www.nationwideasap.com

Date:  June 03, 2016

(Richard F. Acree)

164585



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28805 | 20175 |
| Invc Date | Total Due |
| 7/15/16 | ███ |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 20175 | 28805 | 7/15/16 | ███ | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/05/16 | 166031 | HTP | 1 FISHER & PHILLIPS LLP           DR. ROBERT SAIDE | Base Chg : 49.00 | | |
| PRS-SAMEDAY | | | 201 E. WASHINGTON STREET        7550 N. 19TH AVENUE | Fuelcharge: 6.37 | | |
| | | | PHOENIX        AZ 85004          PHOENIX        AZ 85021 | MILEAGE  : 28.80 | | |
| | | | Caller: MICHELLE COLWELL | AFFIDAVIT : 10.50 | 94.67 | |
| | | | Case Number: 2-15-VB-01759-NVW    Case Title: MARTINEZ V. MCCCD | | | |
| | | | Documents: SUBPOENA - ORIGINAL AND 2 COPIES; LETTER | | | |
| | | | Client/Matter: 27948.0009        Signed by: DAISY VELASQUEZ | | | |

Total Charges for Ref. - 27948.0009:    94.67

Total    ███

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 28805 | 20175 |
| Invc Date | Total Due |
| 7/15/16 | |

1609 James M Wood Blvd., Los Angeles, CA 90015

FISHER & PHILLIPS LLP
201 E. WASHINGTON STREET
SUITE 1450
PHOENIX, AZ 85004

FOR ANY BILLING QUESTIONS
CALL TIFFANY SAMANIEGO
Tel:602-256-9700

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 20175 | 28805 | 7/15/16 | █████ | 2 |

## Service Detail

| Date | Ordr No. | Svc | | | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|---|

| Reference | Description | Orders | Order Amt | Adv Fee Amt | Total Amt |
|---|---|---|---|---|---|
| 27948.0009 | | 1 | 94.67 | .00 | 94.67 |
| ██████ | | | | | |

Reference **Totals** : ██████████

**Total Amount Due:** ██████████

## INVOICE PAYMENT DUE UPON RECEIPT

Attorney or Pl.__ without Attorney:
  Pavneet Singh Uppal
  FiSHER & PHILLIPS LLP
  201 E.Washington Street  1450
  Phoenix, AZ 85004
  TELEPHONE No.: (602) 281-3400

Attorney for:

Ref No. or File No.:
  27948.0009

Insert name of Court, and Judicial District and Branch Court:
  In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA in and for the County of MARICOPA

Petitioner: CLEOPATRIA MARTINEZ

Respondent: MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE:<br>6/10/2016 | TIME:<br>5:00 PM | DEPT.: | CASE NUMBER:<br>CV-15-01759-PHX-NVW |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION NON-PSYCHOTHERAPY; AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND INFORMATION PSYCHOTHERAPY; LETTER DATED JULY 5, 2016

a. Party served          DR. ROBERT SAIDE c/o 21st Century Family Medicine
b. Person Served        Daisy Velasquez - Custodian of Records
     Age: 40 yrs. Race: Hispanic  Sex: Female Eyes: Brown Height: 5'4"  Weight: 150 lbs. Hair: Brown

Address where served: 7550 N 19TH AVE. #205
                                    PHOENIX, AZ 85021

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 7/5/2016     (2) at: 4:25 PM

Person who served papers:
NATIONWIDE LEGAL    Name:  Dondi Frigerio-Holmes
     County of Maricopa County,  8492                    The fee for service was: $ 94.67
     3150 N. 24TH STREET, D-104
     Phoenix, AZ 85016
     (602) 256.9700
     www.nationwideasap.com

Date:  July 06, 2016

_____
(Dondi Frigerio-Holmes)

166031

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

*27948.0009*

INVOICE NO:  00002242

**MAKE CHECKS PAYABLE TO:**

Shayna Balch
Fisher & Phillips LLP
201 East Washington Street
Suite 1450
Phoenix, AZ 85004

Phone:

Linda Schroeder, RDR, CRR
Certified Realtime Reporter
401 West Washington St., Spc 32
Phoenix, AZ 85003-2150

Phone:     (602) 322-7249

lschroeder.azdfcr@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 07-20-2016 | 07-27-2016 |

**Case Style:** CV 15-1759-PHX-NVW, CLEOPATRIA MARTINEZ v MCCCD
REPORTER'S TRANSCRIPT OF PROCEEDINGS

1/15/16 RULE 16 SCHEDULING CONFERENCE - 34pgs/O&1

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 34 | 4.85 | 164.90 | | | | | | | 164.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 164.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $164.90 |

### ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
    I certify that the transcript fees  charged  and page  format used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 07-27-2016 |

*(All previous editions of this form are
cancelled and should be destroyed)*

Case 2:15-cv-01759-NVW   Document 37   Filed 07/20/16   Page 1 of 1

| %AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME   Shayna Balch | 2. PHONE NUMBER<br>602-281-3406 | 3. DATE   07/20/16 |
|---|---|---|

| 4. FIRM NAME   Fisher & Phillips LLP |
|---|

| 5. MAILING ADDRESS   201 E. Washington Street, Suite 1450 | 6. CITY   Phoenix | 7. STATE   AZ | 8. ZIP CODE   85004 |
|---|---|---|---|

| 9. CASE NUMBER   2:15-cv-01759-NVW | 10. JUDGE   Neil V. Wake | DATES OF PROCEEDINGS |
|---|---|---|
|  |  | 11. 01/15/16 | 12. |

| 13. CASE NAME   Martinez v. Maricopa County Community College District | LOCATION OF PROCEEDINGS |
|---|---|
|  | 14. Phoenix | 15. STATE   AZ |

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [x] PRE-TRIAL PROCEEDING |  |
| [ ] CLOSING ARGUMENT (Defendant) |  | Rule 16 Scheduling Confr. | 01/15/16 |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [ ] OTHER (Specify) |  |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] |  | [ ] PAPER COPY |  |
| 14 DAYS | [ ] | [ ] |  | [x] PDF (e-mail) |  |
| 7 DAYS | [x] | [ ] |  | [ ] ASCII (e-mail) |  |
| DAILY | [ ] | [ ] |  |  |  |
| HOURLY | [ ] | [ ] |  |  |  |
| REALTIME | [ ] | [ ] |  |  |  |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
sbalch@fisherphillips.com; mcolwell@fisherphillips.com

19. SIGNATURE

**NOTE: IF ORDERING MORE THAN ONE FORMAT,
THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE   07/20/16

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

# I N V O I C E

*Glennie*
Reporting Services

7330 North 16th Street, Suite A100
Phoenix, Arizona 85020-5275
602.266.6535 Phone ⚖ 602.266.9661 Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23894 | 8/31/2016 | 19472 |
| Job Date | Case No. | |
| 8/16/2016 | CV 15-01759-PHX-NVW | |
| Case Name | | |
| Martinez vs. Maricopa County Community College District | | |
| Payment Terms | | |
| Due upon receipt | | |

Shayna H. Balch, Esq.
FISHER & PHILLIPS, LLP
201 East Washington Street
Suite 1450
Phoenix, AZ 85004

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Cleopatria Martinez, Ph.D., Vol. I - videotaped | 158.00 | Pages | 663.60 |
| Hourly | 6.00 | Hours | 240.00 |
| EXHIBIT SCANNED IN PDF | 378.00 | Pages | 132.30 |
| AUDIO PROOFING - NO CHARGE | 158.00 | | 0.00 |
| E-TRANSCRIPT - NO CHARGE | | | 0.00 |
| CONDENSED TRANSCRIPT | | | 25.00 |
| BINDING 0/1 | | | 20.00 |
| DELIVERY OF 0/1 | | | 20.00 |
| | | TOTAL DUE >>> | $1,100.90 |

This invoice complies with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

**Tax ID:** 86-0816978

Phone: 602-281-3400   Fax:602-281-3401

*Please detach bottom portion and return with payment.*

Shayna H. Balch, Esq.
FISHER & PHILLIPS, LLP
201 East Washington Street
Suite 1450
Phoenix, AZ 85004

| | | |
|---|---|---|
| Invoice No. | : | 23894 |
| Invoice Date | : | 8/31/2016 |
| **Total Due** | : | **$ 1,100.90** |

| | | |
|---|---|---|
| Job No. | : | 19472  27948.0009 |
| BU ID | : | 1-MAIN |
| Case No. | : | CV 15-01759-PHX-NVW |
| Case Name | : | Martinez vs. Maricopa County Community College District |

Remit To: **Glennie Reporting Services, LLC**
**7330 North 16th Street**
**Suite A100**
**Phoenix, AZ 85020**

27918.0009

# INVOICE

## Glennie
### Reporting Services
7330 North 16th Street, Suite A 100
Phoenix, Arizona 85020-5275
602.266.6535 Phone ≜ 602.266.9661 Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24113 | 10/21/2016 | 19658 |
| **Job Date** | **Case No.** | |
| 10/11/2016 | CV 15-01759-PHX-NVW | |
| **Case Name** | | |
| Martinez vs. Maricopa County Community College District | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shayna H. Balch, Esq.
FISHER & PHILLIPS, LLP
201 East Washington Street
Suite 1450
Phoenix, AZ  85004

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Cleopatria Martinez, Ph.D., Vol. II - videotaped | 134.00 | Pages | 515.90 |
| Hourly | 4.25 | Hours | 170.00 |
| EXHIBIT SCANNED IN PDF | 74.00 | Pages | 25.90 |
| ROUGH DRAFT | 129.00 | Pages | 193.50 |
| AUDIO PROOFING | 134.00 | Pages | 0.00 |
| E-TRANSCRIPT | | | 25.00 |
| CONDENSED TRANSCRIPT - NO CHARGE | | | 0.00 |
| BINDING OF ORIGINAL | | | 10.00 |
| DELIVERY OF ORIGINAL | | | 10.00 |

**TOTAL DUE >>>**                                                 **$950.30**

This invoice complies with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

**Tax ID:** 86-0816978

Phone: 602-281-3400     Fax:602-281-3401

*Please detach bottom portion and return with payment.*

Shayna H. Balch, Esq.
FISHER & PHILLIPS, LLP
201 East Washington Street
Suite 1450
Phoenix, AZ  85004

| | | |
|---|---|---|
| Invoice No. | : | 24113 |
| Invoice Date | : | 10/21/2016 |
| **Total Due** | : | **$ 950.30** |

| | | |
|---|---|---|
| Job No. | : | 19658 |
| BU ID | : | 1-MAIN |
| Case No. | : | CV 15-01759-PHX-NVW |
| Case Name | : | Martinez vs. Maricopa County Community College District |

Remit To:  **Glennie Reporting Services, LLC**
**7330 North 16th Street**
**Suite A100**
**Phoenix, AZ  85020**

*27498: 009*

# Invoice

| Date | INVOICE # |
|------|-----------|
| 11/21/2016 | 43855 |
| Fed Tax ID:  20-3112198 | |

# Miller Certified Reporting, LLC

PO Box 513, Litchfield Park, AZ  85340
Phone (623) 975-7472  Fax (623) 975-7462
www.MillerCertifiedReporting.com

**Bill To**

Fisher & Phillips, LLP
ATTN:  Accounts Payable
201 E. Washington St., Suite 1450
Phoenix, AZ  85004

| Ordering Party | Court Reporter |
|----------------|----------------|
| Ms. Shayna H. Balch | Angela F. Miller |
| **Deposition of:** | **Terms** |
| Rule 30(b)(6) Teresa Toney | TOTAL DUE 30 DAYS |

| Job Date | Item | Description | Quantity | Rate | Amount |
|----------|------|-------------|----------|------|--------|
| 11/10/2016 | Copy | Regular Transcript Copy of Deposition | 24 | 2.75 | 66.00 |
| | Cond Copy | Condensed Copy w/ Word Index | 1 | 20.00 | 20.00 |
| | Exhibits | Copy of Exhibits | 106 | 0.25 | 26.50 |
| | PDF file | PDF file of the Transcript | 1 | 0.00 | 0.00 |
| | | No. CV 15-01759 NVW | | | |
| | | Cleopatria Martinez | | | |
| | | vs | | | |
| | | Maricopa County Community College District, et al. | | | |
| 11/22/2016 | Delivery | Hand Delivery | 1 | 15.00 | 15.00 |

| | |
|--|--|
| *Thank you for choosing Miller Certified Reporting.* | **Total** $127.50 |

All invoices that are 90 days overdue may be subject to collection costs and/or any other charges that may be incurred in collecting payment.
All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

# Invoice

| Date | INVOICE # |
|------|-----------|
| 12/30/2016 | 43872 |
| Fed Tax ID:  20-3112198 | |

# Miller Certified Reporting, LLC

**PO Box 513, Litchfield Park, AZ  85340**
**Phone (623) 975-7472  Fax (623) 975-7462**
**www.MillerCertifiedReporting.com**

*27948.0009*

**Bill To**

Fisher & Phillips, LLP
ATTN:  Accounts Payable
201 E. Washington St., Suite 1450
Phoenix, AZ  85004

| Ordering Party | Court Reporter |
|----------------|----------------|
| Ms. Shayna Balch | Nicole Tatlow |
| **Deposition of:** | **Terms** |
| 30(b)(6) Judy Castellanos | TOTAL DUE 30 DAYS |

| Job Date | Item | Description | Quantity | Rate | Amount |
|----------|------|-------------|----------|------|--------|
| 12/15/2016 | Copy | Condensed Transcript Copy of Deposition | 87 | 2.75 | 239.25 |
| | Exhibits | Copy of Exhibits | 359 | 0.25 | 89.75 |
| 12/30/2016 | PDF file | PDF file of the Transcript | 1 | 0.00 | 0.00 |
| | | No. CV 15-01759 NVW | | | |
| | | Cleopatria Martinez | | | |
| | | vs | | | |
| | | Maricopa County Community College District, et al. | | | |
| 1/3/2017 | Delivery | Hand Delivery | 1 | 15.00 | 15.00 |

| *Thank you for choosing Miller Certified Reporting.* | **Total** | $344.00 |
|---|---|---|

All invoices that are 90 days overdue may be subject to collection costs and/or any other charges that may be
incurred in collecting payment.
All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in
ACJA 7-206 (J)(1)(g)(3) through (6).

*24998.0009*

# Invoice

| Date | INVOICE # |
|------|-----------|
| 12/5/2016 | 43860 |
| Fed Tax ID: 20-3112198 | |

# Miller Certified Reporting, LLC

PO Box 513, Litchfield Park, AZ 85340
Phone (623) 975-7472  Fax (623) 975-7462
www.MillerCertifiedReporting.com

**Bill To**

Fisher & Phillips, LLP
ATTN:  Accounts Payable
201 E. Washington St., Suite 1450
Phoenix, AZ 85004

| Ordering Party | Court Reporter |
|----------------|----------------|
| Mr. Uppal | Angela F. Miller |
| **Deposition of:** | **Terms** |
| Rufus Glasper | TOTAL DUE 30 DAYS |

| Job Date | Item | Description | Quantity | Rate | Amount |
|----------|------|-------------|----------|------|--------|
| 11/22/2016 | Copy | Regular Transcript Copy of Deposition | 68 | 2.75 | 187.00 |
| | Rough Draft Tr... | Uncertified Unedited Rough Draft Transcript | 63 | 1.00 | 63.00 |
| | Cond Copy | Condensed Copy w/ Word Index | 1 | 20.00 | 20.00 |
| | Exhibits | Copy of Exhibits | 207 | 0.25 | 51.75 |
| | PDF file | PDF file of the Transcript | 1 | 0.00 | 0.00 |
| | | | | | |
| | | No. CV 15-01759 NVW | | | |
| | | Cleopatria Martinez | | | |
| | | vs | | | |
| | | Maricopa County Community College District, et al. | | | |
| | | | | | |
| 12/6/2016 | Delivery | Hand Delivery | 1 | 15.00 | 15.00 |

*Thank you for choosing Miller Certified Reporting.*

| Total | $336.75 |
|-------|---------|

All invoices that are 90 days overdue may be subject to collection costs and/or any other charges that may be incurred in collecting payment.
All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).



*27948.0009*

| | |
|---|---|
| Invoice Number: | HPTZJ-1 |
| Date: | 06/15/2016 |
| Customer Number: | FISHER-85005 |
| Due: | Upon Receipt |

FISHER & PHILLIPS ATTORNEYS AT LAW

201 E WASHINGTON ST STE 1450

PHOENIX, AZ 85004

Location: AZ443

Facility: HonorHealth - John C Lincoln
Medical Center

**Patient Name: CLEOPATRIA MARTINEZ**          **HONOR HEALTH**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 119 Pages | 1 | $23.91 | $23.91 |
| 2 | Pages Copied: from 1 to 50 | 50 | $1.33 | $66.50 |
| 3 | Pages Copied: from 51 to 100 | 50 | $1.01 | $50.50 |
| 4 | Pages Copied: from 101 to 300 | 19 | $0.67 | $12.73 |

| | |
|---|---|
| Mailing Cost: | $6.45 |
| Sub Total: | $160.09 |
| Tax: | $0.00 |
| Invoice Total | $160.09 |
| Applied: | $0.00 |
| **Balance Due:** | **$160.09** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at www.Bactes.com

Card #: _____          Signature: _____

Expiration Date: _____

PLEASE REMIT PAYMENT TO:          TAX ID NO. 90-0998358          ** DUE UPON RECEIPT **

**BACTES**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | HPTZJ-1 |
| Date: | 06/15/2016 |
| Customer Number: | FISHER-85005 |
| Balance Due: | 160.09 |

# STATEMENT

| | |
|---|---|
| Date: | 06/09/2016 |
| Client: | Cleopatria Martinez |

Jay L. Lewis, Ph.D.
1110 E. Missouri Avenue
Suite 120
Phoenix, AZ 85014-2703
(602) 242-9400

Shayna Balch
Fisher Phillips
201 E. Washington St, Ste 1450
Phoenix, AZ 85004

| | | |
|---|---|---|
| 06/09/2016 | Records Submission<br>27 copies faxed at $0.10 per page and $10 administrative time | 12.70 |
| | Total | $12.70 |

27948.0009

2016-06-17 12:59      AZ Al gy Assoc          4808391874        6022813401   P 2/32

Arizona Allergy Associates
705 S Dobson Road
Chandler, AZ 85224
Tel 480-897-6992  Fax 480-839-1874

27948.0009

## Invoice 06/17/2016

| Bill To | Ship To | For |
|---------|---------|-----|
| Fisher Phillips<br>201 E Washington #1450<br>Phoenix, AZ 85004<br>602-281-3406 | | Medical Records<br>Cleopatria Martinez<br>DOB: 04/21/1948 |

| Description | Unit Price | Total |
|-------------|------------|-------|
| Copying of records<br>from 1/1/09<br>present | | $50.00 |

Total Due Upon Receipt                 $50.00

Please make checks payable
to:

Arizona Allergy Associates



# BACTES
Security Compliance Trust

A Sharecare Company
sharecare

|  |  |
|---|---|
| Invoice Number: | J3H1F-1 |
| Date: | 08/30/2016 |
| Customer Number: | FISHER-85005 |
| Due: | Upon Receipt |

Location: AZ56611
Facility: IMS CARDIOLOGY

FISHER & PHILLIPS ATTORNEYS AT LAW
201 E WASHINGTON ST STE 1450
PHOENIX, AZ 85004

**Patient Name: CLEOPATRIA MARTINEZ**          **DR PADNICK**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 11 Pages | 1 | $23.91 | $23.91 |
| 2 | Pages Copied: from 1 to 50 | 11 | $1.33 | $14.63 |

|  |  |
|---|---|
| Mailing Cost: | $0.89 |
| Sub Total: | $39.43 |
| Tax: | $0.00 |
| Invoice Total: | $39.43 |
| Applied: | $0.00 |
| **Balance Due:** | **$39.43** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at www.Bactes.com

Card #: _____     Signature: _____
                                Expiration Date: _____

PLEASE REMIT PAYMENT TO:          TAX ID NO. 90-0998358     ** DUE UPON RECEIPT **

**BACTES**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

|  |  |
|---|---|
| Invoice Number: | J3H1F-1 |
| Date: | 08/30/2016 |
| Customer Number: | FISHER-85005 |
| Balance Due: | 39.43 |

COSTS
27948.0009



DEPARTMENT OF ECONOMIC SECURITY
*Your Partner For A Stronger Arizona*

Douglas A. Ducey
Governor

Timothy Jeffries
Director

August 3, 2016

Fisher & Phillips, LLP
201 E. Washington Street
Suite # 1450
Phoenix, Arizona 85004
Attn: Shayna H. Balch

Re:  Cleopatria Martinez

Dear Ms. Balch:

We enclose a certified copy of available unemployment insurance benefit records maintained by the Arizona Department of Economic Security in the name of Cleopatria Martinez.

Please remit payment, payable to DES, in the amount of $28.30 for the following itemized statement and mail to the below mentioned address:

$   15.00 Clerical Time

$   13.30 Number of 133 copies at the rate $.10 per page

Arizona Unemployment Insurance Program
Custodian of Records
Mail Drop Box Number 5897
P O. Box 6123
Phoenix, AZ 85005-6123

Thank you for the opportunity to be of service.

Sincerely,

Greg Yagi
Deputy Custodian of Records
Arizona Unemployment Insurance Program

Enclosures:  (135)

UIA-1050A FORNA (11-12)

ARIZONA DEPARTMENT OF ECONOM    SECURITY
Unemployment Insurance Administration
Phoenix, Arizona

A 10167

Date: August 31 , 20 16

Received by: Fisher & Phillips RE: C. Martinez  $ 28.30

Twenty Eight Dollars and _____ .30 /100 Dollars

Payment for:

☐ Copies     ☐ Transcripts     ☒ Other: UI— Verification of Benefits (RECEIPT) invoice # 990-080316 Records of C. Martinez   inv date: 8|31|16

Paid by:

☐ Cash   ☒ Check No. 415831   ☐ Money Order No. Client 27948   matter 0009

Thank you for sending a processing fee to   By: G42q1   Request # 359583
Your request. our office
appreciates it very much.   Office: Custodian of Records

Distribution: **White** - Recipient; **Canary** - DERS Finance and Budget Unit, 734A; **Pink** - Office

Equal Opportunity Employer/Program • Under Titles VI and VII of the Civil Rights Act of 1964 (Title VI & VII), and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008; the Department prohibits discrimination in admissions, programs, services, activities or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. Auxiliary aids and services are available upon request to individuals with disabilities.  For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program or activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact your local office manager; TTY/TDD Services: 7-1-1. • Free language assistance for DES services is available upon request. • Ayuda gratuita con traducciones relacionadas a los servicios de DES está disponible a solicitud del cliente.

RECEIVED
SEP 0 6 2016