1   Pavneet Singh Uppal, SBN 016805
2   Shayna H. Balch, SBN 024852
    FISHER & PHILLIPS LLP
3   3200 N. Central Avenue, Suite 805
    Phoenix, Arizona 85012-2407
4   Telephone:  (602) 281-3400
5   Fax:  (602) 281-3401
    puppal@fisherphillips.com
6   sbalch@fisherphillips.com

7   Attorneys for Defendants

8

9                       **UNITED STATES DISTRICT COURT**

10                           **DISTRICT OF ARIZONA**

11   Cleopatria Martinez,                        No.  CV 15-01759-PHX-NVW

12                     Plaintiff,                 **DEFENDANTS' STATEMENT OF**
                                                  **CONSULTATION IN SUPPORT OF**
13       v.                                       **MOTION FOR ATTORNEYS' FEES**

14   Maricopa County Community College
     District; et al.,
15

16                     Defendants.

17

18          I, Shayna H. Balch, counsel for Defendants Maricopa County Community

19   College District ("MCCCD") and Rufus Glasper and Debra Glasper (collectively

20   "Defendants"), hereby certify that I engaged in personal consultation with Plaintiffs'

21   counsel, Edmundo Robaina, regarding the disputed issues between the parties pertaining

22   to attorneys' fees, pursuant to Local Rule 54.2(d).  On November 15, 2017, I discussed

23   informal options for resolving MCCCD's Motion for Attorneys' Fees with Attorney

24   Robaina.    Undersigned defense counsel discussed with Attorney Robaina the

25   approximate amount of attorneys' fees and non-taxable costs which Defendants are

26   seeking and their grounds for doing so.  Counsel for the parties had a cordial discussion

27   and Attorney Robaina indicated that he was open to having an additional discussion with

28   defense counsel next week after he had an opportunity to confer with his client.

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

FPDOCS 33448172.1

1    In sum, the parties' efforts to resolve the issues pertaining to MCCCD's request

2    for attorneys' fees are ongoing but to date have been unsuccessful.   Accordingly,

3    Defendants' Motion for Attorneys' Fees is necessary.   In the event the parties are able to

4    resolve the issue of attorneys' fees and non-taxable costs, the parties will promptly

5    inform the Court.

6

7    RESPECTFULLY SUBMITTED this 15th day of November 2017.

8    FISHER & PHILLIPS LLP

9    By  s/  Shayna H. Balch

10       Pavneet Singh Uppal
         Shayna H. Balch

11       Alanna R. Brook
         3200 N. Central Avenue, Suite 805

12       Phoenix, Arizona 85012-2407

13       Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona  85012-2407
(602) 281-3400

2

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on November 15, 2017, I electronically transmitted the

3   attached document to the Clerk's Office using the CM/ECF System for filing and

4   transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

5

6   Edmundo P. Robaina
    Thomas T. Griffin
7   ROBAINA & KRESIN PLLC
    5343 North 16th Street, Suite 200
8   Phoenix, Arizona 85016
9   Attorneys for Plaintiff

10

11
     s/  Michelle C. Colwell
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

3

FPDOCS 33448172.1