Pavneet Singh Uppal, SBN 016805
Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
sbalch@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Cleopatria Martinez, | No. CV 15-01759-PHX-NVW |
|---|---|
| Plaintiff, | **MOTION TO FILE DEFENDANTS' TASK-BASED ITEMIZED STATEMENT OF FEES AND EXPENSES AND FEE AGREEMENT UNDER SEAL** |
| v. | |
| Maricopa County Community College District; et al., | |
| Defendants. | |

Defendants Maricopa County Community College District, Rufus Glasper, Ph.D. and Debra Glasper ("Defendants"), by and through their undersigned counsel, respectfully request leave of the Court to file their Task-Based Itemized Statement of Fees and Expenses ("Itemized Statement") and Fee Agreement in support of Defendants' Motion for Attorneys' Fees and Costs (Doc. 95) under seal.

Local Rule 54.2(d)(3) provides that "Counsel may seek leave of Court to file such statement under seal if deemed necessary to prevent the disclosure of information protected by the attorney-client privilege and attorney work-product doctrine." Defendants' Itemized Statement contains detailed narratives of the work which they performed and the legal strategies which they employed. These communications between counsel and their clients are privileged and Defendants do not wish to waive the

privilege. As the above-referenced local rule recognizes, a party's ability to seek attorneys' fees and costs should not be premised or contingent upon a waiver of the privilege. Accordingly, Defendants respectfully submit that they should be permitted to file their Itemized Statement and Fee Agreement under seal.

      RESPECTFULLY SUBMITTED this 15th day of November 2017.

                              FISHER & PHILLIPS LLP

                              By s/ Shayna H. Balch
                                  Pavneet Singh Uppal
                                  Shayna H. Balch
                                  3200 N. Central Avenue, Suite 805
                                  Phoenix, Arizona 85012-2407
                                  Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Edmundo P. Robaina
Thomas T. Griffin
Ashley A. Marton
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Attorneys for Plaintiff

  s/  Michelle Colwell

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400