# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Maricopa County Community College District; et al.,<br><br>　　　　Defendants. | No. CV 15-01759-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendants' Motion to File Task-Based Itemized Statement of Fees and Expenses and Fee Agreement Under Seal (Doc. 96). Good cause appearing,

IT IS HEREBY ORDERED granting the Defendants' Motion to File Defendants' Task-Based Itemized Statement of Fees and Expenses and Fee Agreement Under Seal (Doc.96).

IT IS FURTHER ORDERED that the Clerk of the Court is instructed to accept and place under seal Defendants' Task-Based Itemized Statement of Fees and Expenses and Fee Agreement.