UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez, | No. CV-15-01759-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Community College District, a political subdivision of the state, and Rufus Glasper and Debra Glasper, husband and wife, | |
| Defendants. | |

Before the Court is Defendants' Motion to File Task-Based Itemized Statement of Fees and Expenses and Fee Agreement Under Seal (Doc. 96).

Defendant' Motion to Seal (Doc. 96) still would have the claimed attorney fee itemization available to the Plaintiff. That would waive any attorney-client privilege.

IT IS THEREFORE ORDERED that Defendants' Motion to Seal (Doc. 96) is denied.

Dated this 20th day of November, 2017.

Neil V. Wake
Senior United States District Judge