Pavneet Singh Uppal, SBN 016805
Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
sbalch@fisherphillips.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cleopatria Martinez,<br><br>            Plaintiff,<br><br>v.<br><br>Maricopa County Community College District; et al.,<br><br>            Defendants. | No. CV 15-01759-PHX-NVW<br><br>**NOTICE OF SUPPLEMENTATION REGARDING NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS (DOC. 95)** |

In response to the Court's November 21, 2017 Order at Doc. 101 denying Defendants' Motion to File Defendants' Task-Based Itemized Statement of Fees and Expenses and Fee Agreement Under Seal (Doc. 96), Defendants hereby submit unsealed copies of Defendants' Task-Based Itemized Statement of Attorneys' Fees and Non-Taxable Costs and Defendants' Fee Agreement referenced in Defendant's Notice of Motion and Motion for Attorneys' Fees and Costs (Doc. 95) (Exhibit A, Exhibits 1 and 2).

The attached exhibits were previously lodged with the Court but not filed pursuant to Defendants' Motion to File Defendants' Task-Based Itemized Statement of Fees and Expenses and Fee Agreement Under Seal (Doc. 96), which was denied. The exhibits were also previously served on Plaintiff's counsel via email and U.S. Mail

1 contemporaneously with the filing of Defendants' Motion to File Defendants' Task-Based Itemized Statement of Fees and Expenses and Fee Agreement Under Seal (Doc. 96).

RESPECTFULLY SUBMITTED this 22nd day of November 2017.

FISHER & PHILLIPS LLP

By  s/ Shayna H. Balch
    Pavneet Singh Uppal
    Shayna H. Balch
    3200 N. Central Avenue, Suite 805
    Phoenix, Arizona 85012-2407
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Edmundo P. Robaina
Thomas T. Griffin
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Attorneys for Plaintiff

  s/ Michelle C. Colwell

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

3