1  Edmundo P. Robaina (No. 018125)
   Thomas T. Griffin (No. 022475)
2  ROBAINA & KRESIN PLLC
   5343 North 16th Street, Suite 200
3  Phoenix, Arizona 85016
   Telephone: (602) 682-6450
4  Facsimile: (602) 682-6455
   epr@robainalaw.com
5  ttg@robainalaw.com

6  Attorneys for Plaintiff Cleopatria Martinez

7              UNITED STATES DISTRICT COURT

8                 DISTRICT OF ARIZONA

9  Cleopatria Martinez,
                                        No. CV 15-01759 NVW
10             Plaintiff,

11  vs.                                 **NOTICE OF APPEAL**

12  Maricopa County Community College
    District, *et al*.,
13
               Defendants.
14

15       Notice is hereby given that Cleopatria Martinez, Plaintiff in the above captioned

16  case, appeals to the United States Court of Appeals for the Ninth Circuit from an order

17  entered in this action on November 1, 2017, granting summary judgment for

18  Defendants, which was made final by Judgment entered on the same day.

19       **RESPECTFULLY SUBMITTED** this 29th day of November 2017.

20                                ROBAINA & KRESIN PLLC

21

22                                By /s/ Edmundo P. Robaina
                                       Edmundo P. Robaina
23                                     Thomas T. Griffin
                                       Attorneys for Plaintiff Cleopatria Martinez
24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November 2017, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Pavneet Singh Uppal
Shayna H. Balch
FISHER & PHILLIPS LLP
3200 North Central Avenue, Suite 805
Phoenix, Arizona 85012-2425
puppal@laborlawyers.com
sbalch@laborlawyers.com

Attorneys for Defendants

By  /s/ Gaynell Carpenter