# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cleopatria Martinez,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>    Defendants. | NO. CV-15-01759-PHX-NVW<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 8, 2018, judgment is entered in favor of Defendants Maricopa County Community College District and Rufus and Debra Glasper against Plaintiff Cleopatria Martinez in the amount of $113,900.00 for attorneys' fees, with interest at the federal rate of 2.24% per annum from the date of judgment until paid.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

May 8, 2018

                                            s/ A. Duran
                                     By  Deputy Clerk