

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLEOPATRIA MARTINEZ,  Plaintiff-Appellant,  v.  MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, a political subdivision of the state; et al.,  Defendants-Appellees. | No.   17-17402  D.C. No. 2:15-cv-01759-NVW District of Arizona, Phoenix  ORDER |

Appellant's motion to withdraw this appeal (Docket Entry No. 11) is granted.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation