Pavneet Singh Uppal, SBN 016805
Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
sbalch@fisherphillips.com
Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Cleopatria Martinez,

Plaintiff,

v.

Maricopa County Community College District; et al.,

Defendants.

No. CV 15-01759-PHX-NVW

**NOTICE OF SATISFACTION OF TAXATION AND ATTORNEY FEES JUDGMENT**

**TO THE COURT, PLAINTIFF AND HER COUNSEL:**

PLEASE TAKE NOTICE that the Taxation Judgment entered by this Court on December 4, 2017, at Doc. 106 in the amount of $4,279.43 and Attorney Fees Judgment entered by this Court on May 8, 2018, at Doc. 115 in the amount of $113,900.00, with interest at the federal rate of 2.24% per annum from the date of judgment until paid, against Plaintiff is hereby satisfied.

DATED this 28th day of August 2018.

FISHER & PHILLIPS LLP

By s/ Pavneet Singh Uppal
Pavneet Singh Uppal
Shayna H. Balch
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Edmundo P. Robaina
Thomas T. Griffin
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Attorneys for Plaintiff

s/ Eileen Kane